IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOUSTON POLICE OFFICERS' PENSION SYSTEM | § § § § | MDL No. 1945 |
| V. | § § § | |
| STATE STREET BANK & TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC. | § § § § | Civil Action No. 08-05442-RJH |

**STATEMENT OF PLAINTIFF HOUSTON POLICE OFFICERS' PENSION SYSTEM REGARDING PROPOSED SETTLEMENT OF THE ERISA CLASS ACTION**

Plaintiff Houston Police Officers' Pension System, in Cause No. 08-CV-0333 (S.D.T.X.), included in MDL Docket No. 1945, files this Statement Regarding the Proposed Settlement of the ERISA Class Action, and would show as follows:

1. On or about January 29, 2008, HPOPS filed suit against Defendants State Street Bank & Trust Co. and State Street Global Advisors in the Southern District of Texas, Houston Division, in Cause No. 08-CV-00333 ("HPOPS case"). *See* Original Complaint, 01/29/2008, Docket Entry No. 1, in Cause No. 08-CV-00333 (S.D.T.X.).

2. On or about June 20, 2008, the Panel for Multi-District Litigation transferred the HPOPS case from the Southern District of Texas to the Southern District of New York to be included in the MDL Docket No. 1945. *See* JPML Conditional Transfer Order, 06/20/2008, Docket Entry No. 21, in Cause No. 08-CV-00333 (S.D.T.X.).

3. On or about August 19, 2009, Plaintiffs Warren Cohen, trustee of the Unisystems, Inc. Employees Profit Sharing Plan (the "Unisystems Plan"), Alan Kober, Trustee of the

Andover Companies Employee Savings and Profit Sharing Plan (the "Andover Plan"), and John L. Patenaude, member of the Nashua Corporation Pension Plan Committee on behalf of the Nashua Corporation Hourly Employees Retirement Plan and the Nashua Corporation Retirement Plan for Salaried Employees (together "ERISA Lead Class Plaintiffs") entered into a Stipulation and Agreement of Settlement with State Street Bank & Trust Company to settle claims brought by the ERISA Lead Class Plaintiffs on behalf of the ERISA Class, as defined by the Stipulation and Agreement of Settlement ("the ERISA Class Action"). *See* ERISA Lead Class Plaintiffs' Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with State Street Bank & Trust Company, 09/18/2009, Docket Entry 176, Exhibit 1, in Cause No. 1:07-cv-08488-RJH-DFE (S.D.N.Y.). ERISA Lead Class Plaintiffs' Memorandum of Law in Support of the Motion for Preliminary Approval of Proposed Settlement with State Street Bank & Trust Company expressly states, "The proposed class action settlement does not resolve or otherwise effect [sic] either the Prudential Action or any of the other actions against State Street that have been coordinated under MDL Docket No. 1945." *See* ERISA Lead Class Plaintiffs' Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with State Street Bank & Trust Company, 09/18/2009, Docket Entry 176, at p. 2 n. 3, in Cause No. 1:07-cv-08488-RJH-DFE (S.D.N.Y.).

4.   On or about October 28, 2009, the Court entered an Order Preliminarily Approving Settlement and Confirming Final Settlement Hearing. The Order certified the following Class for settlement purposes:

> All ERISA plans that, based on *State Street's* books and records, (a) invested in any State Street fund listed in Schedule A to the Stipulation (the "*Funds*") during the period from January 1, 2007 through and including December 31, 2007 (the "*Class Period*") and (b) incurred losses on their investments in the 3d calendar quarter of 2007 (the "*Included Plans*"), and the named fiduciaries of those *Included Plans*. Excluded

from the *Class* will be (i) ERISA plans with whom *State Street* has previously (as of June 8, 2009) executed a binding settlement agreement releasing any and all claims relating to the facts of this litigation, and their named fiduciaries, (ii) the Apogee Enterprises, Inc. 401(k) Retirement Plan ("Apogee") and its named fiduciaries (as to which Apogee filed a Complaint dated January 26, 2009, captioned *Apogee Enterprises, Inc. v. State Street Bank and Trust Company et al.*, in the District of Minnesota, 0:09-cv-00170-DSD-FLN, Docket #1); (iii) the ERISA plans as to which the Prudential Retirement Insurance and Annuity Company ("PRIAC") filed a Complaint dated October 1, 2007 captioned *Prudential Retirement Insurance and Annuity Company v. State Street Bank and Trust Company, et al.*, 07 civ 8488 (S.D.N.Y.) and their named fiduciaries, (iv) the Federal National Mortgage Association Retirement Plan for Employees Not Covered Under Civil Service Retirement Law ("Fannie Mae") and its named fiduciaries, and (v) any ERISA plan sponsored by *State Street* and any of its parents, subsidiaries, or affiliates and its name fiduciaries. Also excluded from the Class are any putative Class Members that exclude themselves by submitting a valid request for exclusion in accordance with the requirements set forth in the Notice. For the sake of clarity, the term "Funds" shall not include any investment portfolio of SSgA Funds, a series mutual fund registered under the Investment Company Act of 1940, as amended.

Order Preliminarily Approving Settlement and Confirming Final Settlement Hearing, 10/28/09, Docket No. 177, in Cause No. 1:07-cv-08488-RJH-DFE (S.D.N.Y.).

5. The deadline for a named fiduciary, participant, or beneficiary of an "Included Plan," as defined by the Order Preliminarily Approving Settlement, to object to the settlement is currently set for February 10, 2010. *See* Order Amending Preliminary Approval Order, November 9, 2009, Docket No. 179, in Cause No. 1:07-cv-08488-RJH-DFE (S.D.N.Y.).

6. HPOPS does not understand that either the Defendants or the class representatives (or their counsel) contend that HPOPS is a class member as defined by the Court's Order. Nor, for that matter, does HPOPS consider itself to be included within the scope of the class definition. HPOPS is not a pension plan governed under the Employees' Retirement Income Security Act of 1974, as amended ("ERISA"). Rather, HPOPS is governed by Texas state law under Article 16, § 67(a) and (c) of the Texas Constitution, and Article 6243g-4 of the Texas

Revised Civil Statutes, entitled "Police Officers' Pension System in Certain Municipalities." *See* TEX. R. CIV. STAT. art. 6243g-4(Vernon Supp. 2004). HPOPS is also subject to the Texas Government Code, Section 802, *et. seq.*, governing state public retirement systems. Accordingly, HPOPS is not a fiduciary, participant, or beneficiary of any "Included Plan" under ERISA or otherwise a member or any part of the Class as defined in the ERISA Class Action and certified by Court in the Order Preliminarily Approving Settlement and Confirming Final Settlement Hearing, 10/28/09, Docket No. 177, in Cause No. 1:07-cv-08488-RJH-DFE (S.D.N.Y.).

7. Consistent with the above, the ERISA Lead Class Plaintiffs explicitly stated in their Memorandum in Support of the Motion for Preliminary Approval of the Settlement that the Settlement was not intended to affect or resolve "any of the other actions against State Street that have been coordinated under MDL Docket No. 1945," which would include the HPOPS case. *See* ERISA Lead Class Plaintiffs' Memorandum of Law in Support of Lead Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with State Street Bank & Trust Company, 09/18/2009, Docket Entry 176, at p. 2 n. 3, in Cause No. 1:07-cv-08488-RJH-DFE (S.D.N.Y.).

8. Accordingly, HPOPS files this statement to reflect its position for the record that HPOPS is not a member of the ERISA Class that is subject to the Court's Order Amending Preliminary Approval Order, November 9, 2009, Docket No. 179, in Cause No. 1:07-cv-08488-RJH-DFE (S.D.N.Y.)., and the HPOPS case against Defendants State Street Bank & Trust Co. and State Street Global Advisors is not resolved or otherwise affected by the proposed settlement of the ERISA Class Action.

Dated: February 9, 2010

                    GIBBS & BRUNS, L.L.P.

               By:   */s/ Grant J. Harvey*
                     Grant J. Harvey
                     TBA No. 09177700
                     Caren S. Sweetland
                     TBA No. 24001333
                     Tracy D. Larson
                     TBA No. 24055410
                     1100 Louisiana, Suite 5300
                     Houston, Texas 77002
                     Telephone: (713)650-8805
                     Facsimile: (713)750-0903

                    BURFORD MANEY, L.L.P.

             By:   */s/ Robert R. Burford*
                     Robert R. Burford
                     TBA No. 03258500
                     700 Louisiana, Ste. 4600
                     Houston, Texas 77002
                     Telephpne: (713) 222-4046
                     Facsimile: (713) 222-1475

                    ATTORNEYS FOR PLAINTIFF HOUSTON POLICE OFFICERS' PENSION SYSTEM

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via electronic mail on this 9th day of February, 2010, as set forth below.

Harvey J. Wolkoff
Robert A. Skinner
Olivia S. Choe
Lila A. Palmer
**Ropes & Gray LLP**
One International Place
Boston, MA 02110
Tel: 617.951.7000
Fax: 617.951.7050
Harvey.Wolkoff@ropesgray.com
Robert.Skinner@ropesgray.com
Olivia.Choe@ropesgray.com
lila.palmer@ropesgray.com

Jerome C. Katz
**Ropes & Gray LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212.841.5700
Fax: 212.841.5725
Jerome.Katz@ropesgray.com

*Attorneys for Defendant State Street Bank and Trust Company*

John D. Donovan, Jr.
**Ropes & Gray LLP**
One International Place
Boston, MA 02110
Tel: 617.951.7000
Fax: 617.951.7050
jdonovan@ropesgray.com

*Attorneys for Defendant SSGA Funds*

Edwin G. Schallert
Steven Klugman
Matthew D. Siegel
**DeBevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
Tel: 212.909.6000
Fax: 212.909.6836
egschall@debevoise.com
sklugman@debevoise.com
mdsiegel@debevoise.com

*Counsel for Plaintiff Prudential Retirement Insurance and Annuity Company*

William C. Fredericks
Jerald D. Bien-Willner
Avi Josefson
**Bernstein Litowitz Berger & Grossman LLP**
1285 Avenue of the Americas
New York, NY 1019
Tel: 212.554.1400
Fax: 212.554.1444
avi@blbglaw.com
Wfredericks@blbglaw.com
JerryB@blbglaw.com

*Counsel for Lead Plaintiff Warren Cohen, Trustee of the Unisystems Plan, and Interim Lead Counsel for the Class*

George M. Gowen III
**Cozen O'Connor**
1900 Market Street, Fourth Floor
Philadelphia, PA 19103
Tel: 215.665.2000
Fax: 215.665.2013
ggowen@cozen.com

*Counsel for Defendants Cambridge Financial Services, Inc. and Ernest A. Liebre*

Jeffrey C. Block
Patrick T. Egan
Kristen D. Tremble
Abigail A. Romero
**Berman Devalerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109
Tel: 617.542.3800
Fax: 617.542.1194
jblock@bermanesq.com
pegan@bermanesq.com
ktremble@bermanesq.com
aromeo@bermanesq.com

*Counsel for Plaintiffs Nashua Corporation Plan Committee, John L. Patenaude, Margaret Callan, and Karen Adams*

Anne F. O'Berry
**Berman Devalerio Pease Tabacco Burt & Pucillo**
Esperante Building
222 Lakeview Avenue, Ste. 900
West Palm Beach, FL 33401
Tel: 561.835.9400
Fax: 561.835.0322
aoberry@bermanesq.com

*Counsel for Lead Plaintiffs John L. Patenaude and Margaret Callan, Fiduciaries of the Nashua Plan and Interim Lead Counsel for the Class*

Clinton Krislov
Jeffrey Salas
Krislov & Associates, Ltd.
20 North Wacker Drive
Chicago, IL 60606
Tel: 312.606.0500
Fax: 312.606.0207
clint@krislovlaw.com
jeff@krislovlaw.com

*Counsel for Sisters of Charity of the Blessed Virgin Mary*

William F. Lee
John J. Butts
Felicia H. Ellsworth
Kevin S. Prussia
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
617.526.6000
william.lee@wilmerhale.com
john.butts@wilmerhale.com
felicia.ellsworth@wilmerhale.com
kevin.prussia@wilmerhale.com

Steven F. Cherry
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202.663.6000
steven.cherry@wilmerhale.com

*Counsel for ING Institutional Plan Services LLC f/k/a CitiStreet, LLC*

7

David E. Lurie
Thomas E. Lent
Sara A. Laroche
**Lurie & Krupp, LLP**
One McKinley Square
Boston, MA 02109
Telephone: 617.367.1970
Facsimile: 617.367.1971
dlurie@luriekrupp.com
tlent@luriekrupp.com
slaroche@luriekrupp.com

*Counsel for Plaintiffs F.W. Webb, Robert A. Mucciaarone, Charles Slattery III and Edward Welch, as Members of the F.W. Webb Company Savings & Profit Sharing Plan Committee, and the F.W. Webb Company Savings and Profit Sharing Plan, on Behalf of the Plan and the Participants Thereof*

Leif T. Simonson
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: 612.766.7000
Fax: 612.766.160
lsimonson@faegre.com

*Counsel for Apogee Enterprises, Inc.*

Michele Bryant
Thomas J. Kimpel
**Bamberger, Foreman, Oswald & Hahn LLP**
20 N.W. 4th Street, Seventh Floor
P.O. Box 657
Evansville, IN 47707-0657
Tel: 812.425.1591
Fax: 812.421.4936
mbryant@bamberger.com
tkimpel@bamberger.com

Richard B. Walsh, Jr.
David B. Helms
R. Bradley Ziegler
**Lewis, Rice, Fingersh, L.C.**
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Tel: 314.444.7600
rwalsh@lewisrice.com
dhelms@lewisrice.com
bziegler@lewisrice.com

*Counsel for Plaintiff Welborn Baptist Foundation, Inc.*

Lynn Sarko
Derek W. Loeser
Karin B. Swope
Gretchen Freeman Cappio
Laura R. Gerber
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206.623.1900
Fax: 206.623.3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
kswope@kellerrohrback.com
gcappio@kellerrohrback.com
lgerber@kellerrohrback.com

*Counsel for Lead Plaintiff Alan Kober, Trustee of the Andover Plan, and Interim Lead Counsel for the Class*

8

David Avi Rosenfeld
Evan Jay Kaufman
Samuel Howard Rudman
**Coughlin, Stoia, Geller, Rudman & Robbins, LLP**
58 South Service Road, Suite 200
Melville, NY 11747
drosenfeld@csgrr.com
ekaufman@csgrr.com
srudman@csgrr.com

*Counsel for Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund*

Jeffrey A. Berens
Darby Kennedy
**Dyer & Berens LLP**
683 Grant Street
Denver, CO 80203
Tel: 303.861.1764
Fax: 303.395.0393
Jeff@dyerberens.com
darby@dyerberens.com

*Counsel for Securities Class Plaintiffs*

Geoff Gannaway
**Beck, Redden & Secrest**
One Houston Center
1221 McKinney Street, Suite 5400
Houston, TX 77010-2010
Tel: 713.951.3700
Fax: 713.951.3720
ggannaway@brsfirm.com

Charles R. Parker
**Locke Lord Bissel & Liddell LLP**
600 Travis, Suite 3400
Houston, TX 77002-2095
Tel: 713.226.1200
Fax: 713.223.3717
cparker@lockelord.com

John R. Nelson
**Locke Lord Bissel & Liddell LLP**
100 Congress Avenue, Suite 300
Austin, TX 78701
Tel: 512.305.4700
Fax: 512.305.4800
jnelson@lockelord.com

*Counsel for Plaintiffs Memorial Hermann Healthcare System and the Health Professionals Insurance Co., Ltd.*

Douglas Spaulding
**Reed Smith LLP**
1301 K Street NW
Suite 1100 - East Tower
Washington, D.C. 20005
Tel: 202.414.9200
Fax: 202.414.9299
dspaulding@reedsmith.com

*Counsel for Defendant Yanni Partners, Inc.*


/s/ Caren Sweetland
Caren Sweetland