UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-12

——————————————————————— x

In re STATE STREET BANK AND TRUST  :   MDL No. 1945
CO. FIXED INCOME FUNDS                  :
INVESTMENT LITIGATION                   :
                                                   :
——————————————————————————
NING YU, On Behalf of Himself and All   :   Civil Action No. 1:08-cv-08235-PAC
Others Similarly Situated,                     :   (Relates to MDL No. 1945)
                                                   :
                    Plaintiff,             :   <u>CLASS ACTION</u>
                                                   :
      vs.                                    :
                                                   :
STATE STREET CORPORATION, et al.,  :
                                                   :
                    Defendants.         :
                                                   :
——————————————————————— x

[~~PROPOSED~~] FINAL JUDGMENT   *PAC*

On September 6, 2012, the Court signed and entered its Order and Final Judgment ("September 6, 2012 Order") approving the Settlement Agreement dated March 20, 2012 (the "Stipulation") in the above-captioned matter, and granting Plaintiffs' counsel an award of attorneys' fees. The Stipulation extends to a class comprised of all persons and entities who purchased shares of the SSgA Yield Plus Fund between July 1, 2005 and May 31, 2008, and excludes Defendants, officers and directors of the Defendant entities, members of the immediate families of each of the Individual Defendants, any person, firm, trust, corporation, officer, director or other individual or entity in which any defendant has a controlling interest, or is a beneficiary, the legal representatives, agents, heirs, successors or assigns of any such excluded party, and any putative Class Members who timely and validly excluded themselves from the Class.

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58(a) as to the above-specified class of persons, plaintiff Anatoly Alexander, and defendants State Street Bank and Trust Co. Fixed Income Funds Investment Litigation, State Street Global Advisors, SSgA Funds, Agustin J. Fleitas, Peter G. Leahy, Mark E. Swanson, Donald A. Gignac, Karen D. Gillogly, James E. Ross, Gary L. French, William L. Boyan, Michael F. Holland, Douglas T. Williams, Rina K. Spence, Lynn L. Anderson, Steven J. Mastrovich, William L. Marshall, Patrick J. Riley, Bruce D. Taber, Richard D. Shirk, and Henry W. Todd, on the terms and conditions of the Stipulation approved by the Court's September 6, 2012 Order.

1.      The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Stipulation.

2.      Payments and benefits to Class Members shall be made in accordance with the terms and provisions of the Plan of Allocation, as described in the Stipulation.

3. Defendants have satisfied their financial obligations by paying Six Million Two Hundred and Fifty Thousand Dollars ($6,250,000) (the "Settlement Amount") to the Settlement Fund.

4. Lead Plaintiff and Class Members are permanently barred and enjoined from initiating, asserting and/or prosecuting any action or proceeding that involves or asserts any of the Released Plaintiffs' Claims against any Released Person.

5. Defendants are permanently barred and enjoined from initiating, asserting and/or prosecuting any action or proceeding that involves or asserts any of the Released Defendants' Claims against Lead Plaintiff, Class Members, or counsel for Plaintiffs.

6. Co-Lead Counsel are awarded attorneys' fees in the amount of 33% of the total Settlement Amount, as well as expenses in the amount of $146,513.94.

7. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over Defendants, the Lead Plaintiff and the Class Members for purposes of supervising the implementation, enforcement, construction, and interpretation of the Stipulation, the September 6, 2012 Order, and this Final Judgment.

8. The Stipulation and this Final Judgment are not admissions, or evidence of, any acts of wrongdoing or lack of wrongdoing, any liability on the part of any of the Defendants or the Released Persons, the Class, or anyone else, any damages, or lack of damages, suffered by Lead Plaintiff, the Class, or anyone else, and the Settlement Amount does not represent the amount that could or would not have been recovered from Defendants had the litigation not settled. Notwithstanding the foregoing, nothing in this Final Judgment shall be interpreted to prohibit the use of this Final Judgment in a proceeding to consummate or enforce the Stipulation or Final Judgment,

- 2 -

or to defend against the assertion of Released Claims in any other proceeding, or as otherwise required by law.

*       *       *

JUDGMENT ENTERED.

DATED:  _November 20, 12_

_____
THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

- 3 -