IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOUSTON POLICE OFFICERS' PENSION SYSTEM | § § § § | MDL No. 1945 |
| V. | § § § | |
| STATE STREET BANK & TRUST COMPANY and STATE STREET GLOBAL ADVISORS, INC. | § § § | Civil Action No. 08-05442-RJH |

## Declaration of Lawrence P. Weiner

I, Lawrence P. Weiner, do hereby declare:

1.      I have over 23 years of experience in the financial markets as a fixed-income securities specialist, consultant, and strategist.  I earned a B.A. in History from Brown University, where I graduated Magna Cum Laude and was elected to Phi Beta Kappa, and a Master's degree from Carnegie-Mellon University's Tepper Graduate School of Business, where my emphasis was on quantitative finance and economics.

2.      In the 1980s, I held several positions in the mortgage-backed securities department of Morgan Stanley & Co., Inc., which included two years in the firm's Tokyo office, where I worked with financial institutions in Japan, Hong Kong, and Singapore. In the firm's San Francisco office, I was part of the Structured Finance team, where I gained hands-on expertise in the intricacies of asset securitization.

3.      As a Vice President and fixed income securities strategist with Lehman Brothers in the 1990s, I assisted institutional money managers in the analysis, hedging, and management of complex fixed income securities. My experience covered a wide range of structured financial products, including Collateralized Mortgage Obligations (CMOs), asset-backed securities (ABS), Collateralized Debt Obligations (CDOs, CLOs, CBOs), and other fixed-income derivative securities.  I also became versed in fixed-income portfolio indexing and benchmarking, working extensively with clients who utilized Lehman Brothers bond market indices to structure bond

1


No. 08-05442
HPOPS v. State Street
Memo in Resp to
M/Strike Weiner
Exhibit 1

portfolios.

4.     Since 1995, I have been a consultant and testifying expert in fixed income, structured finance, hedge fund, and derivative security matters. During that time, I have focused on complex security structures and valuations, portfolio strategy, suitability, and risk assessment, and I have been engaged as an expert in several high-profile fixed-income litigation matters, including those concerning the Askin Capital hedge fund, Orange County bankruptcy, and Piper Jaffray mutual funds. I also was retained as an expert by the SEC in its enforcement action against the managers of the Beacon Hill mortgage-backed securities hedge fund, and by the Department of Justice in its prosecution of the managers of the failed Bear Stearns leveraged mortgage-backed securities hedge funds.

5.     In other engagements, I have provided analysis and testimony regarding the suitability and pricing of complex structured finance securities and of sub-prime mortgage instruments, including residual securities.

6.     In addition to engagements in which I serve as an expert witness, I have also undertaken industry consulting engagements not related to litigation. From March 2007 until April 2008, I was engaged by the Commercial Real Estate Finance group at Countrywide Capital Markets to assist in the development of a system for the surveillance and competitive analysis of outstanding commercial mortgage backed security (CMBS) securitizations. Throughout this time, I spent alternating weeks on the trading floor at Countrywide Capital Markets' headquarters in Calabassas, California, working with traders, risk managers, structuring specialists, and systems developers.

7.     Based on my education and experience, I have particular expertise in the following areas: (a) the analysis, pricing, and hedging of complex financial instruments, particularly CMOs, CDOs, and other asset-backed securities and derivative instruments; (b) the creation and marketing of private label residential mortgage-backed securities and other asset-backed securities; (c) portfolio management and index performance benchmarking techniques; and (d) conduit-based commercial real estate loan origination and commercial real estate securitizations.

8.      After being retained as an expert in this matter, I reviewed and analyzed fact witness depositions and exhibits, deposition testimony and exhibits from an SEC investigation, as well as documents produced by State Street and HPOPS. In addition, I reviewed secondary sources, worksheets, and other analytical materials.  A true and correct list of materials I reviewed is attached to this declaration as Exhibit 1.  In addition, I reviewed the affirmative reports prepared for State Street by Andrew Carron and Sarin Sorescu, as well as certain additional sources cited in the footnotes and text of my March 19, 2010 Rebuttal Report.

9.      Based on my review and analysis of these materials, and in light of my education and experience, I reached the affirmative and rebuttal opinions that were disclosed in my January 15, 2010 Expert Report and March19, 2010 Rebuttal Report.

I declare under penalty of perjury that the foregoing is true and correct.

Lawrence Weiner

Executed June 29, 2010 in Portland, Oregon

Exhibit 1

# Materials Relied Upon in Preparation of Report

**I.    Deposition Testimony and Exhibits from Civil Litigation**

Stacey Ables Galo (9/15/2009)
Ed Armstrong (8/20/2009)
Patrick Armstrong (5/5/2009 – 5/7/2009)
Carroll Aulbraugh (3/10/2009 & 3/11/2009) - no exhibits
Marc Brown (10/29/2009)
Lawrence Carlson (8/14/2009)
Michael Dalis (10/30/2009)
Craig Degiacomo (2/23/2009)
Robert Dempsey (9/10/2009)
James Doss (12/3/2009)
James DuPont (11/3/2009)
John Flannery (7/28/2009 – 7/29/2009)
Beth-Anne Flynn (5/1/2009) – no exhibits
Patrick Franey (3/25/2009 – 3/26/2009; 8/26/2009)
Frank Gianatasio (8/4/2009 & 11/5/2009)
Paul Greff (5/20/2009 – 5/21/2009)
Mary Guy (11/3/2009)
James Hopkins (5/12/2009; 5/13/2009; 11/4/2009)
Steven Hotchkiss (3/26/2009)
William Hunt (9/29/2009)
Shawn Johnson (8/31/2009)
Gerard Kelly (10/30/2009)
Brian Kinney (7/7/2009)
Adele Kohler (7/21/2009)
James Kramer (3/27/2009)
John Lawson (8/25/2009)
Ernest Liebre (9/9/2008) – no exhibits
Peter Lindner (6/25/2009)
Alistair Lowe (9/24/2009)
Ling Luo (10/8/2009)
Nicole Lupo (12/7/2009)
Ralph Marsh (10/15/2009)
Craig Mason (10/15/2009)
Nicholas Mavro (7/21/2009)
Pia McCusker (2/26/2009)
Steven Meier (11/23/2009)
Jack Moore (8/6/2009)
Margaret Nelson (8/11/2009)
Minh Pham (10/15/2009)
Michael O'Hara (7/14/2009 – 7/15/2009)
Robert Pickett (6/1/2009-6/2/2009; 8/12/2009)
Staci Reardon (8/13/2009)

Susan Reigel (3/31/2009 & 11/18/2009)
Arlene Roberts (11/19/2009)
Eric Roberts (3/12/2009)
Elizabeth Shea (9/29/2009)
Barbara Shegog (6/4/2009)
Daniel Stachel (10/13/2009)
Matthew Steinaway (4/29/2009)
Otello Sturino (11/09/2009)
Yvonne Tai (6/18/2009)
Andrew Tenzear (9/17/2009)
Vincent Thornton (7/22/2009)
James Thorsen (6/11/2009)
John Tucker (3/11/2009)
Michael Wands (3/3/2009 – 3/4/2009; 8/3/2009; 10/26/2009)
Donna Watkins (6/16/2009)
Jerry Woodham (10/21/2009)

## II.    Deposition Testimony and Exhibits from SEC Investigation

James Hopkins SEC Testimony and Exhibits
Patrick Armstrong SEC Testimony

## III.   Documents Produced by Defendants State Street Bank & Trust and SSgA:

SS 007865925-7865928
SS 002150414-2150540
SS 007135323-7135344
SS 007024887
SS 003112616-3112621
SS000587877 (native)
SS001215937 (native)
SS002146217 (native)
SS 004018819 (native)
SS 004018818-4018920
SS 004222417 (native)
SS 004222416-4222420
SS 004893388 (native)
SS 004893387-4893477
SS 004893944-4894031
SS 004893944 (native)
SS 004893478-4893566
SS 004893478 (native)
SS 004893853-4893943
SS 004893855 (native)

```
SS 000269837.TIF
SS 000992376.TIF
SS 001017864.TIF
SS 001029690.TIF
SS 001029692.TIF
SS 001029693.TIF
SS 001029694.TIF
SS 001089552.TIF
SS 001149093.TIF
SS 001149848.TIF
SS 001149850.TIF
SS 001151695.TIF
SS 001152441.TIF
SS 001152443.TIF
SS 001152445.TIF
SS 001153544.TIF
SS 001153546.TIF
SS 001170609.TIF
SS 001173460.TIF
SS 001199362.TIF
SS 001256775.TIF
SS 001256776.TIF
SS 001256777.TIF
SS 001256778.TIF
SS 001256884.TIF
SS 001256885.TIF
SS 001256886.TIF
SS 001256887.TIF
SS 001258563.TIF
SS 001258564.TIF
SS 001258565.TIF
SS 001258566.TIF
SS 007167576.TIF
SS 007169088.TIF
SS 007169090.TIF
SS 007169092.TIF
SS 007169096.TIF
SS 007169098.TIF
SS 011016305.TIF
SS 011016307.TIF
SS 011030606.TIF
SS 011038081.TIF
SS 011038162.TIF
SS 011040909.TIF
SS 011040911.TIF
SS 011040913.TIF
```

```
SS 011040931.TIF
SS 011040932.TIF
SS 011040933.TIF
SS 011040934.TIF
SS 011042029.TIF
SS 011042030.TIF
SS 011042031.TIF
SS 011042032.TIF
SS 011042034.TIF
SS 011042035.TIF
SS 011042036.TIF
SS 011042037.TIF
SS 011042039.TIF
SS 011042041.TIF
SS 011091992.TIF
SS 011091993.TIF
SS 011091994.TIF
SS 011091995.TIF
SS 011120420.TIF
SSE001090094.TIF
SSE001090095.TIF
SSE001090100.TIF
SSE001090101.TIF
SSE001090104.TIF
SSE001090106.TIF
SSE001090107.TIF
SSE001090108.TIF
SSE001090111.TIF
SSE001090112.TIF
SSE001090113.TIF
SSE001090114.TIF
SSE001090115.TIF
SSE001090116.TIF
SSE001090127.TIF
SSE001090130.TIF
SSE001090135.TIF
SSE001090136.TIF
SSE001090138.TIF
SSE001090146.TIF
SSE001090148.TIF
SSE001090149.TIF
SSE001090150.TIF
SSE001090151.TIF
SSE001090158.TIF
SSE001090161.TIF
SSE001090162.TIF
```

SSE001090165.TIF
SSE001090167.TIF
SSE001090172.TIF
SSE001090173.TIF
SSE001090174.TIF
SSE001090175.TIF
SSE 000009486.TIF
SSE 000019819.TIF
SSE 000019822.TIF
SSE 000019838.TIF
SSE 000019840.TIF
SSE 000019842.TIF
SSE 000019844.TIF
SSE 000045654.TIF
SSE 000045659.TIF
SSE 000045660.TIF
SSE 000045667.TIF
SSE 000045675.TIF
SSE 000045676.TIF
SSE 000045679.TIF
SSE 000045687.TIF
SSE 000045688.TIF
SSE 000045695.TIF
SSE 000045705.TIF
SSE 000045707.TIF
SSE 000045709.TIF
SSE 000045711.TIF
SSE 000045714.TIF
SSE 000045715.TIF
SSE 000045722.TIF
SSE 000045733.TIF
SSE 000045737.TIF
SSE 000045738.TIF
SSE 000045745.TIF
SSE 000045747.TIF
SSE 000045748.TIF
SSE 000045764.TIF
SSE 000045779.TIF
SSE 000045781.TIF
SSE 000045793.TIF
SSE 000045796.TIF
SSE 000045801.TIF
SSE 000045802.TIF
SSE 000045804.TIF
SSE 000045811.TIF
SSE 000045813.TIF

SSE 000045822.TIF
SSE 000045828.TIF
SSE 000045832.TIF
SSE 000045833.TIF
SSE 000045848.TIF
SSE 000045851.TIF
SSE 000045855.TIF
SSE 000045880.TIF
SSE 000045906.TIF
SSE 000045909.TIF
SSE 000045912.TIF
SSE 000045918.TIF
SSE 000045919.TIF
SSE 000045920.TIF
SSE 001006890.TIF
SSE 001007158.TIF
SSE 001007235.TIF
SSE 001007320.TIF
SSE 001007438.TIF
SSE 001007439.TIF
SSP 000003563.TIF
SSP 000003564.TIF
SSP 000003565.TIF
SSP 000033728.TIF
SSGA-CIV000338082.TIF
SSGA-CIV000338136.TIF
SSGA-CIV000338172.TIF
SSGA-CIV000338190.TIF
SSGA-CIV000338208.TIF
SSGA-CIV000338262.TIF
SSGA-CIV000338280.TIF
SSGA-CIV000338406.TIF
SSGA-CIV000338424.TIF
SSGA-CIV000338442.TIF
SSGA-CIV000338478.TIF
SSGA-CIV000338496.TIF
SSGA-CIV000338514.TIF
SSGA-CIV000338622.TIF
SSGA-CIV000338658.TIF
SSGA-CIV000338712.TIF
SSGA-CIV000338856.TIF
SSGA-CIV000338874.TIF
SSGA-CIV000338946.TIF
SSGA-CIV000338964.TIF
SSGA-CIV000339036.TIF
SSGA-CIV000339097.TIF

```
SSGA-CIV000339249.TIF
SSGA-CIV000339424.TIF
SSGA-CIV000339443.TIF
SSGA-CIV000339481.TIF
SSGA-CIV000339557.TIF
SSGA-CIV000339732.TIF
SSGA-CIV000339751.TIF
SSGA-CIV000339755.TIF
SSGA-CIV000339867.TIF
SSGA-CIV000339879.TIF
SSGA-CIV000339887.TIF
SSGA-CIV000339895.TIF
SSGA-CIV000339907.TIF
SSGA-CIV000339927.TIF
SSGA-CIV000339962.TIF
SSGA-CIV000340013.TIF
SSGA-CIV000340017.TIF
SSGA-CIV000340025.TIF
SSGA-CIV000340029.TIF
SSGA-CIV000340033.TIF
SSGA-CIV000340045.TIF
SSGA-CIV000340049.TIF
SSGA-CIV000340053.TIF
SSGA-CIV000340061.TIF
SSGA-CIV000340081.TIF
SSGA-CIV000340085.TIF
SSGA-CIV000340089.TIF
SSGA-CIV000340093.TIF
SSGA-CIV000340101.TIF
SSGA-CIV000340105.TIF
SSGA-CIV000340121.TIF
SSGA-CIV000340129.TIF
SSGA-CIV000340133.TIF
SSGA-CIV000340137.TIF
SSGA-CIV000340141.TIF
SSGA-CIV000340149.TIF
SSGA-CIV000340161.TIF
SSGA-CIV000340173.TIF
SSGA-CIV000340182.TIF
SSGA-CIV000340198.TIF
SSGA-CIV000340202.TIF
SSGA-CIV000340222.TIF
SSGA-CIV000340226.TIF
SSGA-CIV000340230.TIF
SSGA-CIV000340250.TIF
SSGA-CIV000340258.TIF
```

```
SSGA-CIV000340266.TIF
SSGA-CIV000340274.TIF
SSGA-CIV000340298.TIF
SSGA-CIV000340350.TIF
SSGA-CIV000340358.TIF
SSGA-CIV000340370.TIF
SSGA-CIV000340378.TIF
SSGA-CIV000340422.TIF
SSGA-CIV000340426.TIF
SSGA-CIV000340430.TIF
SSGA-CIV000340486.TIF
SSGA-CIV000340498.TIF
SSGA-CIV000340506.TIF
SSGA-CIV000340514.TIF
SSGA-CIV000340530.TIF
SSGA-CIV000340534.TIF
SSGA-CIV000340542.TIF
SSGA-CIV000340562.TIF
SSGA-CIV000340578.TIF
SSGA-CIV000340582.TIF
SSGA-CIV000340690.TIF
SSGA-CIV000340722.TIF
SSGA-CIV000340746.TIF
SSGA-CIV000340750.TIF
SSGA-CIV000340758.TIF
SS 00833123-8331129
SS 008753409-8753413
SS 006854623-6854624
SS 008749961-8749965
SS 006111586-6111590
SSgA-CIV000459114
SSgA-CIV000459156
SSgA-CIV000459245
SSgA-CIV000459307
SSgA-CIV000459377
SSgA-CIV000459399
SSgA-CIV000459529
SSgA-CIV000459657
SSgA-CIV000459781
SSgA-CIV000459883
SS 001916317-1916322
SS 002001632-2001635
SS 009168379-9168382
SS 009173254
SS 009192012-9192014
SS 009203200-9203205
```

SS 010822131-10822136
SS 012459093-12459104
SS 012498585
SSE 000003823-4276
SSE 000045462-183288
SSE 000410913-412782

**IV.   Documents Produced by Plaintiff Houston Police Officers' Pension System:**

HPOPS001470-1476
HPOPS000673-674
HPOPS005301-5303
HPOPS002409-2414
HPOPS000285-287
HPOPS001429-1430
HPOPS001480-1482
HPOPS002102-2103
HPOPS002116-2124
HPOPS015576-15577
HPOPS016710
HPOPS024247

**V.   Articles and Other Secondary Sources**

1. "Federal Reserve is Monitoring Housing Prices. Official Says", The New York Times, January 13, 2005
2. "Credit Risk Management Guidance for Home Equity Lending", Office of the Comptroller of the Currency. Board of Governors of the Federal Reserve System. FDIC, Office of Thrift Supervision, National Credit Union Administration, May 16, 2005
3. "Greenspan Is Concerned About 'Froth' in Housing", The New York Times, May 21, 2005
4. "Federal Financial Agencies Proposed Guidance on Nontraditional Mortgage Products", Office of the Comptroller of the Currency. Board of Governors of the Federal Reserve System. FDIC, Office of Thrift Supervision, National Credit Union Administration, December 20, 2005
5. "Bankers Report More Mortgages Being Paid Late or Not at All", The New York Times, December 14, 2006
6. "Study Predicts Foreclosure for 1 in 5 Subprime Loans". The New York Times, December 20, 2006
7. "Losing Ground: Foreclosures in the Subprime Market and Their Cost to Homeowners"; Center for Responsible Lending, December 2006
8. "Tremors at the Door", The New York Times, January 26, 2007

9. "HSBC Reports Rise in Troubled Loans", The New York Times, February 8, 2007
10. "Standard and Poor's: Subprime RMBS Downgrades Surge in 2006", www.housingwire.com, February 13, 2007
11. "Will Other Mortgage Dominoes Fall?", The New York Times, February 18, 2007
12. "Freddie Mac Tightens Standards", The New York Times, February 28, 2007
13. "The Risk in Subprime", www.cnnmoney.com, March 1, 2007
14. "Markets Sag as Mortgage Anxiety Spreads", The New York Times, March 14, 2007
15. "The dangers of investing in subprime debt", www.cnnmoney.com, March 19, 2007
16. "Subprime Mortgage Bonds from 2006 May Be Worst Ever (Update1), Bloomberg.com, March 28, 2007
17. "Realtors Expect Home Prices to Show First Annual Decline", The New York Times, April 12, 2007
18. "Subprime 'Liar Loans' Fuel Bust With $1 Billion Fraud (Update1), April 25, 2007
19. "Sub-prime Surprise...Not!", Nomura Securities Fixed Income Research, April 18, 2007

Lehman Brothers "U.S. Aggregate Index" Fact Sheet, April 2008.

[1] Lehman Brothers "U.S. Floating-Rate Asset-Backed Securities Index" Fact Sheet, April 2008

20. [1] Barclays Capital "U.S. Fixed-Rate Asset-Backed Securities Index" Fact Sheet, December 31, 2008

VI    Official Holdings Worksheets
SSgA-CIV000459114
SSgA-CIV000459156
SSgA-CIV000459245
SSgA-CIV000459307
SSgA-CIV000459377
SSgA-CIV000459399
SSgA-CIV000459529
SSgA-CIV000459657
SSgA-CIV000459781
SSgA-CIV000459883

VII.    Absolute Return Analytics
SS2146217
SS1215937
SS587877