

A presentation to:

# Houston Police



Presented on
September 11, 2007

Craig DeGiacomo
Paul Greff, CFA
John A. Tucker, CFA

STATE STREET GLOBAL ADVISORS  SSgA.

Freeren
EXHIBIT NO. 33
3-26-09

No. 08-05442
HPOPS v. State Street
Memo in Resp to
M/Strike Weiner
Exhibit 2

HPOPS002470
CONFIDENTIAL

# Table of Contents

1   **SSgA Overview**

2   **Account Summary**

3   **Enhanced DJ-AIG Commodity Index Strategy**

4   **Home Equity Loan Exposure Rationale**

    Market Review — Home Equity Loan Exposure

**Appendix A:** Legal Disclosures

**Appendix B:** Biographies

STATE STREET GLOBAL ADVISORS | SSgA.   2

HPOPS002471
CONFIDENTIAL



## SSgA Overview

STATE STREET GLOBAL ADVISORS | SSgA.

HPOPS002472
CONFIDENTIAL

# State Street Corporation:
## Leading Provider of Financial Services to Institutional Investors

**STATE STREET**

- Fiduciary heritage since 1792
- More than 22,300 employees in 26 countries
- Core business managing and servicing financial assets

- AA- senior debt rating
- 29 consecutive years of operating EPS growth
- Ten-year annualized return to stockholders of 17%

### Asset Servicing



**Investor Services**

- $13.0 trillion* in assets under custody
- Largest provider of investment manager operations outsourcing
- Premiere hedge fund service provider

**Securities Finance**

- Close to $700 billion in assets on loan
- Lending across multiple asset classes in 40 markets
- 150+ borrowers worldwide

### Investment Research and Trading

**Global Markets**

- $11.5 trillion in value traded in 2006
- $366 billion in assets transitioned in 2006
- Trading relationship with 88 of the 2006 Global Investor Top 100 Largest Asset Managers, representing over $22 trillion of managed assets

### Asset Management

**Global Advisors**

- $1.9 trillion* in assets under management
- Largest worldwide institutional assets**
- Investment solutions across the risk/return spectrum

* As of June 30, 2007
** Pension & Investments, May, 2007

STATE STREET GLOBAL ADVISORS | SSgA.

4

HPOPS002473
CONFIDENTIAL



## SSgA: Global Scale, Local Presence

**Common Global Technology Platform**
**Global Compliance and Risk Management**

- 1700+ employees, 482 investment professionals
- 25 offices, 11 investment centers
- Nine Global Alliance companies

- 24 hour trading capability, with equity trading desks in Boston, London, Hong Kong

STATE STREET GLOBAL ADVISORS | SSgA.

5

HPOPS002474
CONFIDENTIAL



**Account Summary**

STATE STREET GLOBAL ADVISORS | SSgA.

HPOPS002475
CONFIDENTIAL

# Houston Police Officers' Pension System

## Investment Summary
As of July 31, 2007

| | Market Value |
|---|---|
| DJ AIG Commodities Index Sep. Acct. | $68,320,519 |
| Total | $68,320,519 |

## Statement of Asset Changes
The following changes took place in the Houston Police Officers' Pension System account for the month::

| | Starting Balance 06/30/2007 | Contributions | Withdrawals | Appreciation/(Depreciation) | Ending Balance 7/31/07 |
|---|---|---|---|---|---|
| DJ AIG Commodities Index Sep. Acct. | $73,135,502 | -- | -- | ($4,814,983) | $68,320,519 |
| Total | $73,135,502 | -- | -- | ($4,814,983) | $68,320,519 |

## Summary of Performance:
Following are the returns for the Houston Police Officers' Pension System portfolios versus the corresponding benchmarks:

| | One Month | Three Months | YTD | Last 12 Months | Three Years | Five Years | Since Inception | Inception Date |
|---|---|---|---|---|---|---|---|---|
| DJ AIG Commodities Index Sep. Acct. | -6.55% | -8.14% | -3.34% | -7.57% | N/A | N/A | -4.24% | Jun 2006 |
| Dow Jones AIG Commodity Index | 2.08 | 0.78 | 6.63 | 1.81 | N/A | N/A | 4.68 | |

STATE STREET GLOBAL ADVISORS | SSgA.

7

HPOPS002476
CONFIDENTIAL

# Enhanced DJ-AIG Commodity Index Strategy

STATE STREET GLOBAL ADVISORS | SSgA.

HPOPS002477
CONFIDENTIAL



# Experienced Team Managing Index Strategies

**Paul Brakke**

## North America

**US Markets**
John Tucker, CFA
Bret Heede

**Non-US Markets**
Lynn Blake, CFA
Brian Heck

**ETFs**
Dwayne Hancock, CFA
Juan Acevedo
Jeff Bacock
Bailey Bishop, CFA
Kristin Geddie
Betty Cheng

**Synthetic Beta**
Karl Schneider
Chris Cheung
Kala Close
Sheil Edgar
Ted Janowsky

**Tax-Efficient Market Capture**
David Argntine
Tony Heger

**Emerging**
John Coleman, CFA
Mark Kovlkov
Chuck Kelly
Melissa Martinozzi
Randy Mock

**Alternative Weighting**
David Chin
David Swaylay, CFA
Eric Viick, CFA
Shawne Millar
Frank Aldriti

**Research**
Eric Brandhorst, CFA

**Systems**
Sungju Ahn

## Europe

**Munich**
Matthias Schueller
Richter Barnes
Thomas Hollader

**London**
Richard Bowers
Ben Chaudhri
Kate Britchie
Boomer Reid (ASR)
Chris Panther (ASR)

**Paris**
Frederic Jeanmaire
Jackie Dobbins
Sabine Dobbins
Jean Schwich
Jean Weber

**Montreal**
Jean Fakri, CFA
Jean Fakri, CFA
Bruno Ramnisch
Jaysa Vttubich

## Asia-Pacific

**Hong Kong**
David Chau
Wilson Choo
Michele Jol

**Sydney**
Susan Darroch
Peter Casey
Daniel Pearce

**Tokyo**
Noblyk Endoh
Mashahiko Nakae
Hideo Banba
Shinnickt Jinboja

---

### The GSPG Tool Kit

**Global Trading**
Roger Petrin
23 global traders

**Operations**
Dominic Janssens
80 dedicated professionals

**Data Group**
John White
18 dedicated professionals

As of July 18, 2007

STATE STREET GLOBAL ADVISORS | SSgA.

9

HPOPS002478
CONFIDENTIAL

# Leading Manager of Global Indexed Assets*

- $39 billion in average net new assets over the past five years
- 86% of new assets come from existing clients*



GSGA Assets Under Management
$1,367.424 Billion as of June 30, 2007

Local Indexes
$37,974 million

Derivatives
$5,116 million

S&P Indexes
$212,728 million

S&P/Citigroup Indexes
$9,975 million

Russell Indexes
$100,306 million

Other US Indexes
$6,434 million

Dow Jones/DJ Wilshire Indexes
$22,607 million

Emerging Markets Index Strategies
$6,206 million

MSCI℠ Global &
Developed Indexes
$179,469 million

FTSE® Indexes
$64,445 million

STATE STREET GLOBAL ADVISORS | SSgA.    10

*As of June 30, 2006

HPOPS002479
CONFIDENTIAL

# DJ-AIG Commodity Benchmark Overview

| Agriculture | | Industrial Metals | |
|---|---|---|---|
| Wheat | 5.32 | Aluminum | 6.20 |
| Corn | 4.61 | Copper | 7.40 |
| Soybeans | 8.84 | Nickel | 2.73 |
| Soybean Oil | 3.32 | Zinc | 2.20 |
| Cotton | 3.20 | **Livestock** | |
| Sugar | 2.33 | Live Cattle | 5.21 |
| Coffee | 2.49 | Lean Hogs | 3.10 |
| **Energy** | | **Precious Metals** | |
| Crude Oil | 13.80 | Gold | 6.39 |
| Unleaded Gas | 5.00 | Silver | 2.02 |
| Heating Oil | 4.29 | | |
| Natural Gas | 11.54 | | |



Livestock 8.31%

Energy 34.62%

Agriculture 30.12%

Precious Metals 8.42%

Industrial Metals 18.53%

- **Weight set using 5 year liquidity and production data (2/3-1/3). Annual rebalance.**

- **No commodity more than 15% or less than 2%. No sector more than 33% at annual reset.**

- **Includes US and non-US contracts**

- **Illiquid futures contract on CBOT**

- **Many brokers offer swaps**

Sector Weights are as of June 30, 2007

HPOPS002480
CONFIDENTIAL

# Enhanced DJ-AIG Strategy Overview

- **Commodity Exposure**

  Commodity exposure through index swaps

  Four swaps open, all with AIG

  Approximately half of swap notional expires 9/28

  Remaining half expires 12/31

- **Limited Duration Bond Fund**

  Cash in portfolio held in Limited Duration Bond Fund

- **Collateral Cash held at AIG**

STATE STREET GLOBAL ADVISORS | SSⓖA.    12

HPOPS002481
CONFIDENTIAL

## SSgA Swap Risk Management

**Minimizing risk while maximizing liquidity**

- **SSgA's Credit Policy Team**

  Initial and ongoing review of all counterparties

  Nine analysts focusing on counterparty risk and short term debt analysis

  On-line credit research and risk controls for immediately data distribution

- **Counterparty Selection**

  Minimum Credit rating 'A' or better

  AIG is only approved counterparty

  Regular resets and expirations

- **SSgA Swap Database**

  Both Fund and Full firm counterparty exposure monitored

  Automation allows for review by compliance, risk management and portfolio management

  Daily valuation allows for daily reconciliation with counterparties

STATE STREET GLOBAL ADVISORS | SSgA.    13

HPOPS002482
CONFIDENTIAL



# Home Equity Loan Exposure Rationale

STATE STREET GLOBAL ADVISORS | SSgA.

HPOPS002483
CONFIDENTIAL

# Historical Residential Mortgage — Backed Security Spreads



|  | AAA 3yr | AA 5yr |
|---|---|---|
| Current Spread* | 174 bps | 556 bps |
| Average Spread (through June 2007) | 25 | 53 |
| Standard Deviation (through June 2007) | 6.2 bps | 21.4 bps |
| 1yr Wide/Tight (through June 2007) | 25/14 | 50/28 |
| 3yr Wide/Tight (through June 2007) | 30/14 | 60/28 |

Source: JP Morgan & Lehman Brothers
* As of August 30, 2007

STATE STREET GLOBAL ADVISORS | SSℊA.    15

HPOPS002484
CONFIDENTIAL

# Market Review — Home Equity Loan Exposure

STATE STREET GLOBAL ADVISORS | SSgA.

HPOPS002485
CONFIDENTIAL

## What Is The ABX Trade?

■ ABX is a 20-name index of recently issued subprime residential mortgage securities that is tranched into five rating categories (i.e., AAA to BBB-)

■ We owned the BBB tranche in the fund at an average cost of 94 (Libor + 325)

■ Trade was implemented to capture high incremental yield and attractive valuations

STATE STREET GLOBAL ADVISORS | SSgA.    17

HPOPS002486
CONFIDENTIAL

## What Happened in the Last 2 Weeks of February

- Macro hedge funds seizing upon negative housing market headlines began actively using ABX (BBB- tranche) to short the US housing market

- A combination of thin volume and the shorting power of the macro hedge funds led to unprecedented price volatility and a reluctance of value-oriented longs to enter the market

- The bid/ask spread widened from 4/32s to as much as 6 points

STATE STREET GLOBAL ADVISORS | SSgA.    18

HPOPS002487
CONFIDENTIAL

# Recent Price Action and Current Relative Value

## Securitized
### ABX BBB Price Action

| Date | Price | Spread |
|------|-------|--------|
| 1/5/07 | 95-16 | 278 |
| 1/26/07 | 93-08 | 354 |
| 2/16/07 | 86-00 | 615 |

## Unsecured
### 5-Year Corporate CDS*

| Ratings | Spread |
|---------|--------|
| BBB | 60 |
| BB | 240 |
| B | 324 |
| CCC | 574 |

* As of June 30, 2007

STATE STREET GLOBAL ADVISORS | SSgA.   19

## More Recent, and Impactful, Subprime Events

- **Bear Stearns hedge fund holdings, primarily less liquid and less transparent securities, were marked to market by Wall Street dealers holding these securities as collateral for financing purposes (June)**

   Repricing caused margin calls, which Bear Stearns was unable to meet

- **Rating agencies announce that many subprime mortgage backed securities are to be downgraded or were put on watch with potential negative implications (July)**

- **As a result of supply and demand imbalances and their impact on liquidity, market dislocations of historic proportions are felt through all credit segments of the subprime market in July**

   Triple A sector widens from a spread of 19 basis points over LIBOR on June 30 to 80 basis points at the end of July. Currently at 262 basis points.*

   Double A sector widens from 38 basis points over Libor to 270 basis points in the same timeframe. Currently 729 basis points.*

* As of August 23, 2007

HPOPS002489
CONFIDENTIAL

# Limited Duration Bond Common Trust Fund — Characteristics

## As of July 31, 2007

| | Limited Duration Bond CTF |
|---|---|
| Average Quality | AA2 |
| Yield to Worst | 7.87% |
| Modified Adjusted Duration | 0.00 |

## Breakdown by Notional Value

### By Sector



Gov't.[1,2]  28.7
Mortgage[3]  15.3
Credit  0.0
Asset-Backed  54.1
CMBS  1.8
Other  0.0

■ Active Core US Aggregate Bond Strategy

### By Quality



AAA[1]  74.0
AA  22.9
A  2.0
BBB  1.2
Others  0.0

The composition of the portfolio changes, and there can be no assurance that composition has not changed since the reporting date, which is 7/31/07.
[1] Includes Treasury Futures, Option on Futures, Interest Rate Swaps, and Interest Rate Swaptions
[2] Includes Treasury Futures, Agency, Treasury Futures Interest Rate Swaptions
[3] Includes Agency MBS and CMOs

STATE STREET GLOBAL ADVISORS | SSgA.   21

HPOPS002490
CONFIDENTIAL



**Appendix A: Legal Disclosures**

STATE STREET GLOBAL ADVISORS | SSgA.

HPOPS002491
CONFIDENTIAL

# Trademarks

"AIG", "Dow Jones-AIG Commodity Index", and "DJ-AIGCI" are service marks of Dow Jones & Company, Inc. and American International Group, Inc. (American International Group), as the case may be, and have been licensed for use for certain purposes by State Street Global Advisors (SSgA). SSgA's Enhanced Dow Jones - AIG Commodities Index Strategy based on the Dow Jones - AIG Commodity Index is not sponsored, endorsed, sold or promoted by Dow Jones, AIG, American International Group, or any of their respective subsidiaries or affiliates, and none of Dow Jones, AIG, American International Group, or any of their respective subsidiaries or affiliates makes any representation regarding the advisability of investing in such product(s).

Dow Jones & Company, Inc. is the owner of the trademarks and copyrights relating to the Dow Jones Indexes.

The Dow Jones Wilshire Indexes℠ are calculated and distributed by Dow Jones Indexes pursuant to an agreement between Dow Jones & Company, Inc. and Wilshire Associates Incorporated. Dow Jones and Wilshire are the respective service marks of Dow Jones and Wilshire Associates and have been licensed for use by State Street Bank and Trust Company. The Dow Jones Wilshire products mentioned herein, are not sponsored, endorsed, sold, or promoted by Dow Jones or Wilshire and neither makes any representation regarding the advisability of investing in the financial products. Inclusion of a company in the Dow Jones Wilshire Indexes does not in any way reflect an opinion of Dow Jones or Wilshire on the investment merits of the company.

The Financial Times and Actuaries (FT-A) Index names are trademarks of the Financial Times, Institute and Faculty of Actuaries, Goldman Sachs and County NatWest.

"FTSE®", "FT-SE®" and "Footsie®" are trademarks jointly owned by the London Stock Exchange Plc and The Financial Times Limited, and is used by FTSE International Limited under license. "All-World", "All-Share" and "All-Small" are trademarks of FTSE International Limited. FTSE Indexes are calculated by FTSE International Limited. FTSE International Limited does not sponsor, endorse or promote this product and is not in any way connected to it and does not accept any liability in relation to its issue, operation and trading. All copyright in the index values and constituent list vests in FTSE International Limited. SSgA has obtained full license from FTSE International Limited to use such copyright in the creation of this product.

The IFC investable indexes are service marks of International Finance Corporation.

The Lehman Index names are trademarks of Lehman Brothers, Inc.

All MSCI Indexes are trademarks of Morgan Stanley Capital International. The MSCI financial products described herein (and portions of the balanced financial products described herein) are indexed to an MSCI Index. The MSCI financial products referred to herein are not sponsored, endorsed, or promoted by MSCI, and MSCI bears no liability with respect to any such financial products or any Index on which such financial products are based.

The MSCI/BARRA Index names are trademarks of BARRA, Inc.

The NCREIF Property Index is owned by NCREIF (National Council of Real Estate Fiduciaries)

NAREIT is the exclusive mark of the National Association of Real Estate Investment Trusts®, Inc.

NASDAQ® is a registered trademark of The NASDAQ Stock Market, Inc.

All Russell Indexes are trademarks of the Frank Russell Company. Russell™ is a trademark of the Frank Russell Company.

Salomon Brothers Indexes are trademarks of Salomon Smith Barney, Inc. or its affiliates.

All Standard & Poor's Indexes are registered trademarks of Standard & Poor's, a division of The McGraw-Hill Companies, Inc. and has been licensed for use by State Street Bank and Trust Company. The product is not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the Product. Each Standard & Poor's Index is the exclusive property of Standard & Poor's ("S&P"). SSgA has contracted with S&P to maintain and calculate the Index. S&P shall have no liability for any errors or omissions in calculating the Index.

S&P GSCI™ is a trademark of The McGraw-Hill Companies, Inc. and has been licensed for use by Goldman, Sachs & Co.

The TSX Index names are trademarks of the Toronto Stock Exchange.

The Wilshire Index names are trademarks of Wilshire Financial Services.

Standard & Poor's®, S&P, S&P 500®, Standard & Poor's500®, Standard & Poor's Depository Receipts®, SPDRs®, Select Sector SPDRs®, Select Sector SPDR®, S&P Composite 1500® and Select Sector Standard & Poor's Depository Receipts® are trademarks of The McGraw-Hill Companies, Inc., and have been licensed for use by State Street Bank and Trust. The Products are not sponsored, endorsed, sold or promoted by Standard & Poor's and Standard & Poor's makes no representation regarding the advisability of investing in the product.

SSgA® Funds is a service mark of State Street Corporation.

STATE STREET GLOBAL ADVISORS | SSgA.   23

HPOPS002492
CONFIDENTIAL



Appendix B: Biographies

STATE STREET GLOBAL ADVISORS | SSgA.

HPOPS002493
CONFIDENTIAL

# Biographies



### Craig DeGiacomo

Craig is a Vice President of State Street Global Advisors where he is responsible for managing relationships within SSgA's existing public fund client base. Prior to his current role, Craig was a member of the Active International Equity Investment team. He was responsible for investment management, research, product development, and positioning for International strategies. Craig has spoken at several media events and has authored articles on international markets. Before that, Craig was an Operations Manager for SSgA's Global Structured Products Group, where he was responsible for overseeing Investment Operations for developed and emerging markets. Prior to joining SSgA in 1996, Craig worked in State Street Corporation's Public Funds Division.

Craig holds an MBA from the Carroll School of Management at Boston College with a concentration in Finance and received a Bachelor of Science degree from Providence College.



### Paul Greff, CFA

Paul is Senior Managing Director of State Street Global Advisors and Director of Global Fixed Income having responsibility for all of SSgA's US and non-US bond strategies. Prior to his current position, Paul was the Director of Active Fixed Income strategies in the US and oversaw the investment process for all active products. In that role he also chaired the Asset Allocation Committee. He joined the firm in 1996 as Head of Passive Fixed Income Strategies and designed and implemented an investment process which has since attracted more than $40 billion in assets.

Prior to joining SSgA, Paul was a Senior Portfolio Manager with Munder Capital Management in Birmingham, Michigan, At Munder, he managed the firm's flagship Total Return Bond Fund and gained experience managing a variety of asset classes.

Paul holds a Bachelor of Arts degree in Political Science from Kalamazoo College and a Master of Business Administration degree in Economics from the University of Detroit. He also earned the Chartered Financial Analyst designation.

HPOPS002494
CONFIDENTIAL

# Biographies



### John A. Tucker, CFA

John is a Vice President of State Street Global Advisors and Head of US Equity Markets in the Global Structured Products Group, he is also responsible for all Derivative Strategies and Exchange Traded Funds. He manages numerous index strategies and works closely with the other Unit Heads in the group. In addition, John is responsible for new product research and development, and manages our commodity index strategies.

Previously, John was head of the Structured Products group in SSgA's London office, where he was responsible for the management of all index strategies in our second largest investment center. Prior to joining the investment management group, he was the Operations Manager for SSgA's International Structured Products group, where he was responsible for the operations staff and functions. He joined State Street in 1988.

John received a BA in Economics from Trinity College and an MS in Finance from Boston College. He has also earned the Chartered Financial Analyst designation and is a member of the Boston Security Analysts Society and the CFA Institute.

HPOPS002495
CONFIDENTIAL

9/11/07                           SSGA

1. Do you know the mix of investors versus home-buyers in the underlying mortgage pool. Wouldn't this be a good credit review indicator?   *not discussed, didn't have*
*info*

2. To what degree have older vintage securities with additional equity build-up been sold?   *they don't know*

3. What policies are in place to ensure equity when participants withdraw units from the bond fund?   *Were units withdrawn at end of day unit value?*

4. If the market recovers, and there is increased liquidity in the subprime market, there still seems to be a permanent impairment in the value of the portfolio due to the number of odd lots.   *they acknowledged this was true*

5. Documents from State Street indicate that risk was reduced in *how & where is the money re-invested*

6. We received a letter on 8/2/2007 that said the "certain SSGA Bond Funds would be redeeming in-kind and that this would not negatively effect liquidity." On 8/3 approx 43% and on 8/10, 88% of all remaining units were liquidated. Was this liquidation the in-kind liquidation referred to in your 8/2/2007 letter, and if so, how can removing 88% of the holdings in the fund and reducing everything to odd-lots not affect our liquidity.

7. What strategy will be used going forward assuming we stay in – portfolio probably not big enough to continue in strategy

8. Rationale for no diversification other than RMBS

9. 15% cash at 12/31 – not discussed

10. Default process – they don't know, have to ask credit team

11. F/S say distributions S/B at NAV/unit – said distributions are not made at NAV but at actual proceeds, we pointed out that their financial statements said distributions were to be at NAV

12. They said remaining portfolio would have same characteristics as before recent liquidations and would provide us of support for this

Lawson