IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HOUSTON POLICE OFFICERS'<br>PENSION SYSTEM | §<br>§<br>§<br>§ | MDL No. 1945 |
| V. | §<br>§ | |
| STATE STREET BANK & TRUST<br>COMPANY and STATE STREET<br>GLOBAL ADVISORS, INC. | §<br>§<br>§<br>§ | Civil Action No. 08-05442-RJH |

## PLAINTIFF HPOPS'S DISCLOSURES OF EXPERT TESTIMONY
## PURSUANT TO RULE 26(a)(2)

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and consistent with the

Agreed and Stipulated Revised Scheduling Order of November 2, 2009, Plaintiff Houston Police

Officers' Pension System ("HPOPS") submits the following disclosures of expert testimony.

I.    **HPOPS's RETAINED EXPERTS ON LIABILITY, FORENSIC ACCOUNTING, AND DAMAGES**

1.    **Larry P. Weiner**

Larry P. Weiner may be called to testify on the matters of liability as set forth in his Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix A.

Larry P. Weiner's address and phone number are as follows:

Larry P. Weiner
838 NW Albemarle Terrace
Portland, Oregon 97210
Phone: (503) 223-1151
Email: lpweiner@lpweinerconsulting.com

A complete statement of Mr. Weiner's opinions and their bases, the data or other information considered by Mr. Weiner, any exhibits used to summarize or support his opinions, Mr. Weiner's qualifications and experience (including any prior testimony

No. 08-05442
HPOPS v. State Street
Memo in Resp to
M/Strike Weiner
Exhibit 3

from the last 4 years and publications from the last 10 years), and the compensation paid for the study and testimony in the case is set forth in Mr. Weiner's Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix A.

2.   **Philip Ferguson**

Philip Ferguson may be called to testify on  matters of liability as set forth in his Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix B.

Philip Ferguson's address and phone number are as follows:

Philip Ferguson
2301 Kingston
Houston, TX 77019
Phone:  (713) 505-2147
Email:  jphilip@mail.com

A complete statement of Mr. Ferguson's opinions and their bases, the data or other information considered by Mr. Ferguson, any exhibits used to summarize or support his opinions,   Mr. Ferguson's qualifications and experience (including any prior testimony from the last 4 years and publications from the last 10 years), and the compensation paid for the study and testimony in the case is set forth in Mr. Ferguson's Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix B.

3.   **Craig McCann**

Craig McCann may be called to testify on the matters of liability as set forth in his Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix C.

Craig McCann's address and phone number are as follows:

Craig McCann
Securities Litigation & Consulting Group, Inc.
3998 Fair Ridge Drive, Suite 250
Fairfax, VA 22033
Direct:  (703) 246-9381
Cell:  (202) 251-0273
Email:  craigmccann@slcg.com

A complete statement of Mr. McCann's opinions and their bases, the data or other information considered by Mr. McCann, any exhibits used to summarize or support his opinions,  Mr. McCann's qualifications and experience (including any prior testimony from the last 4 years and publications from the last 10 years), and the compensation paid

1

for the study and testimony in the case is set forth in Mr. McCann's Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix C.

4.   **Scott Bayley**

Scott Bayley may be called testify on matters of forensic accounting, liability and damages as set forth in his Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix D.

Scott Bayley's address and phone number are as follows:

Scott Bayley
Accumyn Consulting
1415 Congress, Suite 200
Houston, Texas 77002
Phone:  713-800-2550
Email:  sbayley@accumyn.com

A complete statement of Mr. Bayley's opinions and their bases, the data or other information considered by Mr. Bayley, any exhibits used to summarize or support his opinions,  Mr. Bayley's qualifications and experience (including any prior testimony from the last 4 years and publications from the last 10 years), and the compensation paid for the study and testimony in the case is set forth in Mr. Bayley's Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix D.

## II.   HPOPS'S RETAINED ATTORNEYS' FEES EXPERT

### Alistair Dawson

Alistair Dawson may be called to testify on the matters set forth in his Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix E.

Alistair Dawson's address and phone number are as follows:

One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Phone:  (713) 951-6225
Fax:  (713) 951-3720
Email: adawson@brsfirm.com

A complete statement of Mr. Dawson's opinions and their bases, the data or other information considered by Mr. Dawson, any exhibits used to summarize or support his opinions,  Mr. Dawson's qualifications and experience (including any prior testimony from the last 4 years and publications from the last 10 years), and the compensation paid

1

for the study and testimony in the case is set forth in Mr. Dawson's Expert Report, dated 1/15/2010, which is incorporated in its entirety herein by reference. *See* Appendix E.

## III.   DISCLOSURE OF WITNESSES HPOPS MAY CALL AT TRIAL TO PRESENT EVIDENCE UNDER FEDERAL RULES OF EVIDENCE 702, 703, OR 705

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A), HPOPS reserves the right to elicit expert testimony under Federal Rules of Evidence 702, 703 or 705 from, without limitation, the following potential witnesses, as set forth in the table below.  The subject matters upon which these witness may so testify may include, but are not limited to, the potential areas of expertise set forth in the table below.  HPOPS also reserves the right to obtain expert testimony from any witnesses designated as an expert by Defendants.

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 1. | Ables Galo, Stacey | Pension System General Investment Expertise, Investment Management Fiduciary Duties |
| 2. | Armstrong, Ed | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties |
| 3. | Armstrong, Patrick | Portfolio Management, Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise, Fixed Income, Structured Products, including Asset Backed Securities, Mortgage Backed Securities, CODs, etc., Compliance |

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 4. | Brown, Marc | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties, Operations and Systems Management, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise |
| 5. | Carlson, Lawrence | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise, Investment Management Fiduciary Duties, Operations and Systems Management, Pension system General Investment Expertise |
| 6. | DeGiacomo, Craig | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties, Pension system General Investment Expertise |
| 7. | Dempsey, Robert F. | Operations and Systems Management, Investment Management Fiduciary Duties, Pricing, Pension System General Investment Expertise |
| 8. | Doss, James | Pension Systems |
| 9. | DuPont, James | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties, Pension System General Investment Expertise |

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 10. | Flannery, Sean | Portfolio Management, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension system General Investment Expertise |
| 11. | Franey, Patrick S. | Pension Systems, Pension System General Investment Expertise, Investment Management Fiduciary Duties |
| 12. | Gianatasio, Frank | Portfolio Management, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Investment Management Fiduciary Duties, Pension System General Investment Expertise, Pricing, Trading |
| 13. | Greff, Paul | Fixed Income, Portfolio Management, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Pricing, Investment Management Fiduciary Duties, Trading, Investment Firm Organizational Management, including Policies and Procedures |
| 14. | Guy, Mary | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties |

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|-----|-------------------|-------------------------------------------------------|
| 15. | Hopkins, James | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Portfolio Management, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise |
| 16. | Hotchkiss, Steven A. | Operations and Systems Management, Pension system General Investment Expertise |
| 17. | Hunt, William | Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise, Customer Service, Relationship Management, Sales & Marketing and Product Engineering |
| 18. | Johnson, Shawn | Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise, Credit Analysis, Credit Research, and Credit Policy, Fixed Income |
| 19. | Kinney, Brian A. | Portfolio Management, Pension System General Investment Expertise, Investment Management Fiduciary Duties, Trading, Pricing |

1

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 20. | Kohler, Adele | Portfolio Management, Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise |
| 21. | Kramer, James P. | Trading, Pricing, Investment Management Fiduciary Duties, Pension System General Investment Expertise |
| 22. | Lawson, John | Pension Systems, Pension System General Investment Expertise, Investment Management Fiduciary Duties |
| 23. | Lindner, Peter | Risk Management, Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Compliance |
| 24. | Lowe, Alistair | Investment Management Fiduciary Duties, Pension System General Investment Expertise, Customer Service Relationship Management, Sales & Marketing and Product Engineering, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc. |
| 25. | Luo, Ling | Risk Management, Compliance, Investment Management Fiduciary Duties, Pension System General Investment Expertise |
| 26. | Lupo, Nicole | Pension System General Investment Expertise |

1

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 27. | Marsh, Ralph | Pension Systems |
| 28. | Mason, Craig | Pension systems |
| 29. | McCusker, Pia N. | Credit Analysis, Credit Research, and Credit Policy, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Fixed Income, Investment Management Fiduciary Duties, Pension System General Investment Expertise |
| 30. | Meier, Steven | Credit Analysis, Credit Research, and Credit Policy, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Fixed Income, Investment Management Fiduciary Duties, Pension System General Investment Expertise, Portfolio Management, Investment Firm Organizational Management, including policies and procedures |
| 31. | Moore, Jack | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Investment Management Fiduciary Duties, Pension System General Investment Expertise, Pension Systems |
| 32. | Nelson, Margaret | Compliance, Investment Management Fiduciary Duties, Pension System General Investment Expertise |

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 33. | O'Hara, Michael | Portfolio Management, Investment Management Fiduciary Duties, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Pension System General Investment Expertise, Pricing, Trading, Investment Firm Organizational Management, including policies and procedures |
| 34. | Pham, Minh | Risk Management, Investment Management Fiduciary Duties, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Pension System General Investment Expertise |
| 35. | Pickett, Robert | Portfolio Management, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Investment Management Fiduciary Duties, Pension System General Investment Expertise, Pricing, Trading |
| 36. | Reardon, Staci A. | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Firm Organizational Management, including policies and procedures, Investment Management Fiduciary Duties, Pension System General Investment Expertise |

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 37. | Reigel, Susan | Portfolio Management, Investment Management Fiduciary Duties, Pricing, Trading, Pension System General Investment Expertise, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc. |
| 38. | Roberts, Arlene | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise, Investment Management Fiduciary Duties |
| 39. | Roberts, Eric W. | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties |
| 40. | Shea, Elizabeth | Compliance, Investment Management Fiduciary Duties, Pension System General Investment Expertise, Fixed Income |
| 41. | Shegog, Barbara | Portfolio Management, Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise, Fixed Income |
| 42. | Stachel, Daniel | Credit Analysis, Credit Research, and Credit Policy, Investment Management Fiduciary Duties, Pension System General Investment Expertise |

1

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 43. | Steinaway, Matthew | Portfolio Management, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Investment Firm Organizational Management, including policies and procedures, Credit Analysis, Credit Research, and Credit Policy, Investment Management Fiduciary Duties, Pension System General Investment Expertise |
| 44. | Sturino, Otello | Operations and Systems Management, Trading, Pricing, Investment Management Fiduciary Duties, Pension System General Investment Expertise, Investment Firm Organizational Management, including policies and procedures |
| 45. | Tai, Yvonne | Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Credit Analysis, Credit Research, and Credit Policy, Fixed Income, Investment Management Fiduciary Duties, Pension System General Investment Expertise, Pension Systems, Trading |
| 46. | Tenczar, Andrew | Trading, Pricing, Investment Management Fiduciary Duties, Risk Management, Pension system General Investment Expertise, Compliance |
| 47. | Thornton, Vincent | Portfolio Management, Customer Service, Relationship Management, Sales & Marketing, and Product Engineering, Investment Management Fiduciary Duties, Pension System General Investment Expertise |

| NO. | POTENTIAL WITNESS | AREAS OF POTENTIAL EXPERTISE UNDER FRE 702, 703, 705 |
|---|---|---|
| 48. | Thorsen, James | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Pension Systems, Pension System General Investment Expertise, Investment Management Fiduciary Duties, Pension System General Investment Expertise, Fixed Income |
| 49. | Tucker, John A. | Portfolio Management, fixed Income, Investment Management Fiduciary Duties, Pension System General Investment Expertise |
| 50. | Wands, Michael | Portfolio Management, Fixed Income, Structured Products, including asset backed securities, mortgage backed securities, CODs, etc., Investment Management Fiduciary Duties, Investment Firm Organizational Management, including policies and procedures, Pension System General Investment Expertise |
| 51. | Watkins, Donna | Customer Service, Relationship Management, Sales & Marketing and Product Engineering, Investment Management Fiduciary Duties, Pension System General Investment Expertise |
| 52. | Woodham, Jerry | Pension Systems, Pension System General Investment Expertise, Investment Management Fiduciary Duties |

Dated: January 15, 2010

GIBBS & BRUNS, L.L.P.

By: _____

Grant J. Harvey
TBA No. 09177700

1

13

Caren S. Sweetland
TBA No. 24001333
Tracy D. Larson
TBA No. 24055410
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713)650-8805
Facsimile: (713)750-0903
ATTORNEY FOR PLAINTIFF HOUSTON POLICE
OFFICERS' PENSION SYSTEM

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing without Appendices has been served on all counsel of record via electronic mail on this 15th day of January, 2010, as set forth below.  I also certify that a true and correct copy of the foregoing with Appendices has been served on counsel for Defendants State Street Bank & Trust Co. and State Street Global Advisors via electronic mail, with hard copy to follow via UPS:

Harvey J. Wolkoff
Robert A. Skinner
Daniel Maher
Daniel McCaughey
Lila A. Palmer
**Ropes & Gray LLP**
One International Place
Boston, MA 02110
Tel: 617.951.7000
Fax: 617.951.7050
Harvey.Wolkoff@ropesgray.com
Robert.Skinner@ropesgray.com
Daniel.Maher@ropesgray.com
Daniel.McCaughey@ropesgray.com
lila.palmer@ropesgray.com

Jerome C. Katz
**Ropes & Gray LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: 212.841.5700
Fax: 212.841.5725
Jerome.Katz@ropesgray.com

*Attorneys for Defendant State Street Bank and Trust Company*

John D. Donovan, Jr.
**Ropes & Gray LLP**
One International Place
Boston, MA 02110
Tel: 617.951.7000
Fax: 617.951.7050
jdonovan@ropesgray.com

*Attorneys for Defendant SSgA Funds*

1

Edwin G. Schallert
Steven Klugman
Matthew D. Siegel
**DeBevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
Tel: 212.909.6000
Fax: 212.909.6836
egschall@debevoise.com
sklugman@debevoise.com
mdsiegel@debevoise.com

*Counsel for Plaintiff Prudential Retirement
Insurance and Annuity Company*

William C. Fredericks
Jerald D. Bien-Willner
Avi Josefson
**Bernstein Litowitz Berger &
Grossman LLP**
1285 Avenue of the Americas
New York, NY 1019
Tel: 212.554.1400
Fax: 212.554.1444
avi@blbglaw.com
Wfredericks@blbglaw.com
JerryB@blbglaw.com

*Counsel for Lead Plaintiff Warren Cohen,
Trustee of the Unisystems Plan, and Interim
Lead Counsel for the Class*

George M. Gowen III
**Cozen O'Connor**
1900 Market Street, Fourth Floor
Philadelphia, PA 19103
Tel: 215.665.2000
Fax: 215.665.2013
ggowen@cozen.com

*Counsel for Defendants Cambridge
Financial Services, Inc. and Ernest A.
Liebre*

Jeffrey C. Block
Patrick T. Egan
Kristen D. Tremble
Abigail A. Romero
**Berman Devalerio Pease Tabacco
Burt & Pucillo**
One Liberty Square
Boston, MA 02109
Tel: 617.542.3800
Fax: 617.542.1194
jblock@bermanesq.com
pegan@bermanesq.com
ktremble@bermanesq.com
aromeo@bermanesq.com

*Counsel for Plaintiffs Nashua
Corporation Plan Committee, John L.
Patenaude, Margaret Callan, and Karen
Adams*

1                                                    16

Anne F. O'Berry
**Berman Devalerio Pease Tabacco**
Burt & Pucillo
Esperante Building
222 Lakeview Avenue, Ste. 900
West Palm Beach, FL 33401
Tel: 561.835.9400
Fax: 561.835.0322
aoberry@bermanesq.com

*Counsel for Lead Plaintiffs John L. Patenaude and Margaret Callan, Fiduciaries of the Nashua Plan and Interim Lead Counsel for the Class*

David E. Lurie
Thomas E. Lent
Sara A. Laroche
**Lurie & Krupp, LLP**
One McKinley Square
Boston, MA 02109
Telephone: 617.367.1970
Facsimile: 617.367.1971
dlurie@luriekrupp.com
tlent@luriekrupp.com
slaroche@luriekrupp.com

*Counsel for Plaintiffs F.W. Webb, Robert A. Mucciaarone, Charles Slattery III and Edward Welch, as Members of the F.W. Webb Company Savings & Profit Sharing Plan Committee, and the F.W. Webb Company Savings and Profit Sharing Plan, on Behalf of the Plan and the Participants Thereof*

William F. Lee
John J. Butts
Felicia H. Ellsworth
Kevin S. Prussia
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
617.526.6000
william.lee@wilmerhale.com
john.butts@wilmerhale.com
felicia.ellsworth@wilmerhale.com
kevin.prussia@wilmerhale.com

Steven F. Cherry
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
202.663.6000
steven.cherry@wilmerhale.com

*Counsel for ING Institutional Plan Services LLC f/k/a CitiStreet, LLC*

Lynn Sarko
Derek W. Loeser
Karin B. Swope
Gretchen Freeman Cappio
Laura R. Gerber
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: 206.623.1900
Fax: 206.623.3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
kswope@kellerrohrback.com
gcappio@kellerrohrback.com
lgerber@kellerrohrback.com

*Counsel for Lead Plaintiff Alan Kober, Trustee of the Andover Plan, and Interim Lead Counsel for the Class*

Geoff Gannaway
**Beck, Redden & Secrest**
One Houston Center
1221 McKinney Street, Suite 5400
Houston, TX 77010-2010
Tel: 713.951.3700
Fax: 713.951.3720
ggannaway@brsfirm.com

Charles R. Parker
**Locke Lord Bissel & Liddell LLP**
600 Travis, Suite 3400
Houston, TX 77002-2095
Tel: 713.226.1200
Fax: 713.223.3717
cparker@lockelord.com

John R. Nelson
**Locke Lord Bissel & Liddell LLP**
100 Congress Avenue, Suite 300
Austin, TX 78701
Tel: 512.305.4700
Fax: 512.305.4800
jnelson@lockelord.com

*Counsel for Plaintiffs Memorial Hermann Healthcare System and the Health Professionals Insurance Co., Ltd.*

David Avi Rosenfeld
Evan Jay Kaufman
Samuel Howard Rudman
**Coughlin, Stoia, Geller, Rudman & Robbins, LLP**
58 South Service Road, Suite 200
Melville, NY 11747
drosenfeld@csgrr.com
ekaufman@csgrr.com
srudman@csgrr.com

*Counsel for Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund*

Michele Bryant
Thomas J. Kimpel
**Bamberger, Foreman, Oswald & Hahn LLP**
20 N.W. 4th Street, Seventh Floor
P.O. Box 657
Evansville, IN 47707-0657
Tel: 812.425.1591
Fax: 812.421.4936
mbryant@bamberger.com
tkimpel@bamberger.com

Richard B. Walsh, Jr.
David B. Helms
R. Bradley Ziegler
**Lewis, Rice, Fingersh, L.C.**
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Tel: 314.444.7600
rwalsh@lewisrice.com
dhelms@lewisrice.com
bziegler@lewisrice.com

*Counsel for Plaintiff Welborn Baptist Foundation, Inc.*

Douglas Spaulding
**Reed Smith LLP**
1301 K Street NW
Suite 1100 - East Tower
Washington, D.C. 20005
Tel: 202.414.9200
Fax: 202.414.9299
dspaulding@reedsmith.com

*Counsel for Defendant Yanni Partners, Inc.*

1                                    18

Jeffrey A. Berens
Darby Kennedy
**Dyer & Berens LLP**
683 Grant Street
Denver, CO 80203
Tel: 303.861.1764
Fax: 303.395.0393
Jeff@dyerberens.com
darby@dyerberens.com

*Counsel for Securities Class Plaintiffs*

Clinton Krislov
Jeffrey Salas
Krislov & Associates, Ltd.
20 North Wacker Drive
Chicago, IL 60606
Tel: 312.606.0500
Fax: 312.606.0207
clint@krislovlaw.com
jeff@krislovlaw.com

*Counsel for Sisters of Charity of the Blessed
Virgin Mary*

Leif T. Simonson
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: 612.766.7000
Fax: 612.766.160
lsimonson@faegre.com

*Counsel for Apogee Enterprises, Inc.*

Caren S. Sweetland

1                                    19

1