C O N F I D E N T I A L
MICHAEL L. O'HARA

Page 304

MICHAEL O'HARA - CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

VOLUME 2 OF 2

PAGES 304 - 623

EXHIBITS: See Index

――――――――――――――――――――x

IN RE STATE STREET BANK AND

TRUST CO. ERISA LITIGATION

This document relates to:

07 Civ. 8488

(Prudential Retirement Insurance

and Annuity Company v. State

Street Bank and Trust Company

and State Street Global

Advisors, Inc.)

――――――――――――――――――――x

VIDEOTAPED DEPOSITION OF:

MICHAEL L. O'HARA

Wednesday, July 15, 2009, 8:03 a.m.

Faegre & Benson LLP

1200 Seventeenth Street

Denver, Colorado

REPORTED BY: MELANIE L. GIAMARCO, CSR RMR CRR

No. 08-05442
HPOPS v. State Street
Memo in Resp to
M/Strike Weiner
Exhibit 5

MERRILL LEGAL SOLUTIONS
(800) 325-3376      www.MerrillCorp.com
dc2708ba-afec-419e-b82b-6bd322cc812d

CONFIDENTIAL
MICHAEL L. O'HARA

Page 469

MICHAEL O'HARA - CONFIDENTIAL

Q. So there should be an analysis with respect to each security that's put into the fund; is that true?

MR. SKINNER: Objection, vague.

A. That is my understanding of how the process worked.

Q. (By MR. HARVEY) Right. And in fact, if you take a look at Bates page 11131547, so kind of, you know, the easiest way to look at it is to find 547.

A. Got it.

Q. "Security Selection: Investment Decision. Approval Process." And it says, "After conducting a thorough qualitative and quantitative analysis of each security, the analyst will write a brief investment summary that highlights the key points of the deal." Do you see that?

A. I do.

Q. And it says, "The analyst will communicate his or her thought process with the analyst team, as well as with the portfolio manager, soliciting feedback.

"The analyst team will also contact the trading desk for price talk on the security," and,

Page 470

MICHAEL O'HARA - CONFIDENTIAL

"A group decision is made on the security," do you see that?

A. I do.

Q. So portfolio manager is supposed to work with the analyst to come up with a group decision on a particular security; is that fair? Is that as you understood that process, that was supposed to -- that was the way it was supposed to work?

MR. SKINNER: Objection, vague.

A. Well, I think what they're trying to get at with this page is that multiple different people were involved in the analysis and the evaluation of the investment opportunity, so there's an analyst who is conducting a thorough qualitative and quantitative analysis of each security, writing investment summary. That analyst is then available and will talk to the portfolio manager, as I referred to before. They talk about any questions the PM might have, any views the analyst might have on that security.

They're also interfacing with the trading desk who's telling you the price it's going to come into the market at and whether that looks attractive or not. And then ultimately, based upon

Page 471

MICHAEL O'HARA - CONFIDENTIAL

input from the trading desk, from the analyst's review and from the portfolio manager's thoughts on how he wants to position his portfolio, the portfolio manager is making the ultimate decision, but lot of different people are involved up to the point of trade.

Q. (By MR. HARVEY) But when the portfolio manager is making a decision on whether to purchase a security, for example, in the limited duration bond fund, as I'm looking at this and as I'm understanding it, correct me if I'm wrong, the portfolio manager should have access to what's in this first bullet point after conducting a thorough qualitative and quantitative analysis of each security, the analyst will write a brief investment summary that highlights the key points of the deal.

So there should be some kind of written documentation for the portfolio manager to look at when he or she is making a decision about a particular security to put into a fund like the limited duration bond fund, right?

A. My understanding is that these write-ups were done for every transaction that the analyst looked at.

Page 472

MICHAEL O'HARA - CONFIDENTIAL

Q. And that's part of the prudent management process that you understood was employed beneath you by the portfolio managers or by the analysts with respect to funds like the limited duration bond fund, true?

A. I think that would be one component of a sound investment process, yes.

Q. Okay. And presumably, you would expect that those materials that were prepared and summarized, would you guys try and keep those in a file for reference for future purposes?

A. I don't have any specific knowledge of the filing or storage methodologies that Frank or his team or analysts used, but I would imagine that these were all either stored electronically or stored physically or any work that was done, we were certainly -- we were certainly not throwing it out.

Q. I mean, frankly, this would be -- tell me if this is a fair summary of this, not a summary, a fair characterization of this. This is an important part of the process to have this analysis done, a written summary, because, after all, at the end of the day, what y'all are doing is

C O N F I D E N T I A L
MICHAEL L. O'HARA

Page 623

1        MICHAEL O'HARA - CONFIDENTIAL

2             REPORTER'S CERTIFICATE

3   STATE OF COLORADO    )
                         ) ss.
4   COUNTY OF DENVER     )

5        I, MELANIE L. GIAMARCO, do hereby certify

6   that I am a Registered Professional Reporter and

7   Notary Public within the State of Colorado; that

8   previous to the commencement of the examination,

9   the deponent was duly sworn by me.

10       I further certify that this deposition was

11  taken in machine shorthand by me at the time and

12  place herein set forth, that it was thereafter

13  reduced to typewritten form, and that the foregoing

14  constitutes a true and correct transcript of the

15  proceedings had.

16       I further certify that I am not employed by,

17  related to, nor of counsel for any of the parties

18  herein, nor otherwise interested in the result of

19  the within litigation.

20       In witness whereof, I have affixed my

21  signature and seal this _____ day of

22  _____, _____.

23

24                           _____
                             Melanie L. Giamarco RPR, RMR, CRR
25  My commission expires:  August 21, 2009.

MERRILL LEGAL SOLUTIONS
(800) 325-3376              www.MerrillCorp.com
dc2708ba-afec-419e-b82b-6bd322cc812d