# In The Matter Of:

## In re: STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION

---

### ANDREW TENCZAR
### September 17, 2009

---

## CONFIDENTIAL
## MERRILL CORPORATION
25 West 45th Street - Suite 900
New York, NY 10036
PH: 212-557-7400 / FAX: 212-692-9171

TENCZAR, ANDREW - Vol. 1



No. 08-05442
HPOPS v. State Street
Memo in Resp to
M/Strike Weiner
Exhibit 6

Page 106

ANDREW TENCZAR - CONFIDENTIAL

11:27:27 2  "the credit analysts."
11:27:32 3      A.  I don't know what the context is, where
11:27:35 4  this is taken from.  I've never seen this line before.
11:27:40 5      Q.  Would it surprise you that -- would it
11:27:43 6  surprise you to learn that a substantial number of the
11:27:48 7  bonds that you purchased for the Limited Duration Bond
11:27:49 8  Fund had not been reviewed by the credit analyst team?
11:27:58 9      MR. McCAUGHEY:  Objection.
11:27:59 10 Mischaracterizes the document.
11:28:01 11     A.  My understanding was that all bonds were
11:28:05 12 reviewed before purchased.
11:28:07 13     Q.  That should have been done, right?
11:28:09 14     A.  That's my understanding.
11:28:10 15     Q.  Okay.  And --
11:28:14 16     THE VIDEOGRAPHER:  Your pen.
11:28:15 17     MR. BURFORD:  Okay.
11:28:16 18     Q.  And what this says is that 199 were not
11:28:21 19 reviewed at all.  Right?
11:28:22 20     A.  It does say that.
11:28:23 21     Q.  And what this says is, "Of the 169 that
11:28:28 22 were reviewed, they were reviewed at the BBB tranche or
11:28:32 23 lower."  Right?
11:28:34 24     A.  Correct.
11:28:37 25     Q.  Do you have any information that would

Page 107

ANDREW TENCZAR - CONFIDENTIAL

11:28:38 2  suggest that this project --
11:28:41 3      A.  Of the 368 bonds that were transferred --
11:28:44 4      Q.  Right.
11:28:45 5      A.  -- could it be 368 trusts, where 169
11:28:53 6  bonds -- the only thing I can think of is 169 bonds that
11:28:58 7  were under review, BBB tranche or lower, that's one
11:29:02 8  tranche of a trust.
11:29:04 9      Q.  Right.
11:29:04 10     A.  That can include nine bonds attached to
11:29:10 11 it.
11:29:11 12     Q.  It can include different levels?
11:29:12 13     A.  I don't know if it was written
11:29:14 14 incorrectly, but I can't comment on who wrote that.
11:29:19 15     Q.  Mm-hmm.  But what's more telling is --
11:29:29 16 well, let me ask you this:  Do you know that different
11:29:33 17 tranches of bond issuance have different characteristics
11:29:39 18 and triggers, etc.?
11:29:42 19     MR. McCAUGHEY:  Objection.  Vague.
11:29:46 20     A.  Different triggers?
11:29:48 21     Q.  Yes.
11:29:48 22     A.  Yes.  There's different triggers and
11:29:49 23 different ratings categories of a typical subprime
11:29:55 24 trust.
11:29:56 25     Q.  And that in some of those, some of those

Page 108

ANDREW TENCZAR - CONFIDENTIAL

11:29:59 2  triggers, for example, can be more advantageous for the
11:30:06 3  lower-rated deals versus upper tranches?
11:30:12 4      MR. McCAUGHEY:  Objection.  Vague.
11:30:15 5      A.  It could be the case.  I'm not an analyst.
11:30:18 6      Q.  Okay.
11:30:18 7      A.  I know triggers exist.
11:30:20 8      Q.  Yes.  Okay.  Well, I guess my -- I would
11:30:27 9  just like to get your opinion of does it surprise you
11:30:30 10 that this analysis that was performed by Ms. Tai shows
11:30:40 11 that of 369 bonds that were transferred from the Limited
11:30:45 12 Duration Bond Fund in kind to the stable value, that 199
11:30:52 13 of them were not reviewed at all by the credit analysts
11:30:58 14 before they were purchased?
11:31:00 15     MR. McCAUGHEY:  Objection.  Vague and
11:31:01 16 calls for speculation.
11:31:02 17     Q.  Does that surprise you?
11:31:04 18     A.  I don't know the context of which this is
11:31:06 19 written in.
11:31:07 20     Q.  Right.
11:31:08 21     A.  If it's 19 -- if it's 368, 358 trusts and
11:31:13 22 it's written in, you know, a different context, then you
11:31:17 23 analyze the whole trust of a deal.
11:31:21 24     Q.  Mm-hmm.
11:31:23 25     A.  So if that was the case --

Page 109

ANDREW TENCZAR - CONFIDENTIAL

11:31:25 2      Q.  So you think it would be --
11:31:26 3      A.  Maybe if you analyze the whole trust --
11:31:28 4      Q.  Right.
11:31:29 5      A.  -- and you approve them at a BBB level,
11:31:33 6  which means -- this is just what I'm interpreting this
11:31:37 7  as -- that you would approve it all the way up the
11:31:40 8  structure --
11:31:40 9      Q.  Right.
11:31:40 10     A.  -- because you have approved BBB and
11:31:45 11 below, that, you know, if LDBF owned AAA assets and AA
11:31:49 12 assets --
11:31:49 13     Q.  Right.
11:31:49 14     A.  -- then maybe it was written this way
11:31:51 15 because they weren't necessarily approved at a AA level.
11:31:54 16 But because they were approved at a BBB level, then
11:31:56 17 everything else was approved above that.
11:31:58 18     Q.  Right.
11:31:58 19     A.  But I don't know.
11:31:58 20     Q.  Well, look at the way it's written.  "Of
11:32:00 21 the 368 bonds, the CDO credit research team at the time
11:32:06 22 reviewed 169 bonds; however, they specifically reviewed
11:32:10 23 the BBB tranche or lower."
11:32:12 24     A.  Mm-hmm.
11:32:13 25     Q.  So that's talking about what you were just

MERRILL LEGAL SOLUTIONS
(800) 325-3376                www.MerrillCorp.com

5f61d4ad-4270-4d85-bb7f-31ec25a7c449

```
                                                    Page 110
        1         ANDREW TENCZAR - CONFIDENTIAL
11:32:16  2  talking about now?
11:32:17  3      A.  Correct.  BBB tranche of the trust.
11:32:20  4      Q.  So the BBB tranche or lower of the trust
11:32:24  5  got reviewed for 169?  But then it says 199 weren't
11:32:32  6  reviewed at all.
11:32:38  7          MR. McCAUGHEY:  Object to the form.  Is
11:32:38  8  that a question?
11:32:39  9      A.  That's the balance of the 368 --
11:32:41 10      Q.  Right.
11:32:41 11      A.  -- correct?
11:32:42 12      Q.  Right.  They were not reviewed at all.
11:32:45 13      A.  But what I'm saying -- and, again, this is
11:32:46 14  what I'm saying is that being reviewed from BBB or
11:32:50 15  below --
11:32:52 16      Q.  Mm-hmm.
11:32:52 17      A.  -- may have been misinterpreted as saying
11:32:55 18  because it was reviewed as BBB or below, then the whole
11:32:58 19  trust was approved.
11:32:59 20      Q.  Mm-hmm.
11:33:00 21      A.  Which would include the other 199 bonds.
11:33:02 22  Again, I don't know.
11:33:03 23      Q.  Well, this says that if the -- what you're
11:33:08 24  saying is that you think those 199 bonds might have been
11:33:13 25  reviewed at a different level?
```

```
                                                    Page 111
        1         ANDREW TENCZAR - CONFIDENTIAL
11:33:16  2          MR. McCAUGHEY:  Objection.  Asked and
11:33:16  3  answered.
11:33:17  4      Q.  But it says right here 169 bonds were
11:33:21  5  reviewed at a lower level, and 199 weren't reviewed at
11:33:26  6  all, right?
11:33:29  7          MR. McCAUGHEY:  Objection.
11:33:29  8      Q.  That's how you read this, right?
11:33:32  9          MR. McCAUGHEY:  Asked and answered and
11:33:33 10  calls for speculation.
11:33:35 11      A.  I don't know.  I'm reading this more as
11:33:38 12  this may be misinterpreted as trust.  I didn't write it.
11:33:41 13  I don't know.
11:33:42 14      Q.  Let's do it this way --
11:33:44 15      A.  Okay.
11:33:44 16      Q.  -- because I've read Ms. Tai's deposition.
11:33:47 17  Assume with me that Ms. Tai did an indepth analysis of
11:33:51 18  the Limited Duration Bond Fund, bonds that were
11:33:55 19  transferred to Stable Value in an in-kind
11:33:59 20  distribution --
11:33:59 21      A.  Okay.
11:34:00 22      Q.  -- and that she concluded that 199 of the
11:34:05 23  369 bonds had not been reviewed by the credit analyst
11:34:10 24  team prior to them being purchased.  Would that come as
11:34:15 25  a surprise to you as a trader?
```

```
                                                    Page 112
        1         ANDREW TENCZAR - CONFIDENTIAL
11:34:18  2          MR. McCAUGHEY:  Objection.  Calls for
11:34:19  3  speculation.
11:34:22  4      A.  If that's the assumption and that's what
11:34:24  5  was said, yeah, it would surprise me.
11:34:30  6      Q.  Okay.  Because the procedure, as you
11:34:33  7  understood it, was that the credit analyst team would
11:34:37  8  review the bonds before they were purchased.  Right?
11:34:40  9      A.  That's correct.
11:34:53 10      Q.  Look with me at McCusker Exhibit 23.
11:34:57 11          (Witness complies.)
11:35:06 12      A.  Thank you.
11:35:13 13      Q.  This is from Pia McCusker to Matt
11:35:14 14  Steinaway.  Pia McCusker, she's one of the analysts you
11:35:22 15  were talking about --
11:35:23 16      A.  Yes.
11:35:23 17      Q.  -- at the time, this is October 16, 2007?
11:35:26 18  And Matt Steinaway, he's what, head of cash credit?
11:35:38 19      A.  I honestly don't know what he was then.  I
11:35:40 20  think he's head of our short-term credit desk currently.
11:35:44 21      Q.  Okay.  This says, "Have you not reviewed
11:35:46 22  the spreadsheet I sent you of the deals in the mutual
11:35:50 23  funds and now Stable Value, part of CMS4, CMY1 and..." I
11:35:57 24  think that's --
11:35:59 25      A.  CMAU.
```

```
                                                    Page 113
        1         ANDREW TENCZAR - CONFIDENTIAL
11:36:00  2      Q.  -- CMAU.  Those are all State Street
11:36:05  3  funds, right?
11:36:06  4      A.  Correct.
11:36:07  5      Q.  "About 4 percent were actually reviewed.
11:36:11  6  All others were piggyback off BBB approval or outright
11:36:17  7  bought based on ratings only."  Do you see that?
11:36:23  8      A.  I do.
11:36:24  9      Q.  And does that surprise you --
11:36:28 10          MR. McCAUGHEY:  Objection.  Vague.
11:36:28 11      Q.  -- that bonds would be bought, would be
11:36:31 12  outright bought based on ratings only?
11:36:35 13      A.  So what's that mean, so --
11:36:41 14      Q.  In other words, no credit analysis done on
11:36:46 15  the bond, it's just bought based on the rating?
11:36:47 16      A.  That would surprise me, yes.
11:36:49 17      Q.  Because that would not be in accordance
11:36:51 18  with what the proper procedure is, right, to buy bonds
11:36:55 19  based only on a rating?
11:36:57 20      A.  Correct.
11:37:03 21      Q.  Do you know what this, the Smart Cash
11:37:06 22  Spending Program is?
11:37:08 23      A.  I do.
11:37:09 24      Q.  And what is that?
11:37:11 25      A.  That was a term meaning AAA subprime bonds
```

29 (Pages 110 to 113)

Page 254

ANDREW TENCZAR - CONFIDENTIAL

```
15:15:29  2      A.  Yes.
15:15:29  3      Q.  -- as an expert trader --
15:15:31  4      A.  Yes.
15:15:31  5      Q.  -- on November 9th of 2007?
15:15:33  6      A.  But all that says is mark to market versus
15:15:37  7  where the market is.  Mark to make believe saying where
15:15:40  8  IDC had that bond priced.
15:15:41  9      Q.  Yes.  But you're saying --
15:15:42 10      A.  We've stated --
15:15:43 11      Q.  -- IDC pricing is mark to make believe?
15:15:46 12      A.  That's right.
15:15:49 13      Q.  And IDC pricing is what you guys used to
15:15:52 14  price your Limited Duration Bond Fund, right?
15:15:56 15      A.  I believe that was the main source.
15:15:58 16      Q.  Look with me at Exhibit 37.
15:16:00 17          (Document Bates stamped SS
15:16:00 18           007449452 through 454 marked Exhibit 37.)
15:16:00 19          (Witness complies.)
15:16:00 20  BY MR. BURFORD:
15:16:05 21      Q.  Is that an e-mail you wrote to Michael
15:16:07 22  Wands on November 21st, 2007?
15:16:12 23      A.  Yes.
15:16:14 24      Q.  And it shows sales prices versus custody
15:16:18 25  prices for several sales of bonds?
```

Page 255

ANDREW TENCZAR - CONFIDENTIAL

```
15:16:22  2      A.  Yup.
15:16:24  3      Q.  The custody price, it will go -- let's
15:16:26  4  just go down them.  You've got sales price of 57 for a
15:16:32  5  price that custody had marked at 78, right?
15:16:35  6      A.  That's correct.
15:16:36  7      Q.  You've got a sales price of 24 for a
15:16:38  8  custody price at 61.  Right?
15:16:39  9      A.  Yes.
15:16:40 10      Q.  You've got a sales price of 39 for a
15:16:42 11  custody price of 69?
15:16:44 12      A.  Yes.
15:16:46 13      Q.  I mean some of these look like they're
15:16:49 14  less than 50 percent of the custody price.  Right?
15:16:53 15      A.  That's correct.
15:16:54 16      Q.  All right.  And that supports your belief
15:16:58 17  that IDC pricing is mark to make believe.  Doesn't it?
15:17:06 18      A.  Yes.
15:17:15 19      Q.  Let me show you what's been previously
15:17:17 20  marked as Johnson Exhibit No. 20.  This is a memo from
15:17:31 21  Steven Meier to Michael Wands dated November 26, 2007,
15:17:36 22  AA bonds that SSgA traded the week of 11/19.  Then look
15:17:43 23  on the next page.
15:17:46 24          Do you see a listing of sales prices and
15:17:48 25  custody prices?  Is that the same list that you sent?
```

Page 256

ANDREW TENCZAR - CONFIDENTIAL

```
15:17:53  2      A.  It's the same list that we had on the
15:17:55  3  other exhibit, yes.
15:17:56  4      Q.  All right.  It's the same list.  We don't
15:17:58  5  need to go over it.  One exhibit, and I'm going to be
15:18:03  6  done.
15:18:14  7          All right.  Are you familiar with something
15:18:17  8  called the purchase and sale report?  It actually
15:18:29  9  captures the purchases and sales of securities by
15:18:34 10  State Street.
15:18:37 11      A.  There's a report.
15:18:41 12      Q.  Purchase and sale report?
15:18:42 13      A.  Yes.  We can generate or our ops people
15:18:45 14  can generate a report on our Portia system.  That's
15:18:49 15  purchase and sale.  I'm not sure if this is same thing.
15:18:52 16      Q.  The first page is not.  This is a summary
15:18:54 17  of the purchase and sale report --
15:18:55 18      A.  Okay.
15:18:55 19      Q.  -- that we prepared from your purchase and
15:18:57 20  sale report --
15:18:58 21      A.  Okay.
15:18:58 22      Q.  -- and from your NAV report, okay?
15:19:00 23      A.  Okay.
15:19:00 24      Q.  Now, in the purchase and sale report, they
15:19:02 25  have notations in there, "sell," that's easy to
```

Page 257

ANDREW TENCZAR - CONFIDENTIAL

```
15:19:06  2  identify.  That's just a sale of the security.  Right?
15:19:09  3      A.  Correct.
15:19:09  4      Q.  And then we have something called "C
15:19:12  5  sell."  Do you know what that means?
15:19:14  6      A.  I don't, but it looks like it may mean
15:19:16  7  cancel sell.
15:19:18  8      Q.  Okay.
15:19:19  9      A.  But I'm not sure if that's what it means.
15:19:21 10      Q.  Okay.  It looks like that might be, then
15:19:25 11  they have "buys", and they have something here that's
15:19:26 12  called "S buy."  Do you know what that might mean?
15:19:30 13      A.  S buy.  Where is that?  Sorry.  Next page?
15:19:33 14      Q.  No.  No.  No.  Same page?
15:19:34 15      A.  Okay.
15:19:35 16      Q.  Do you see that?
15:19:36 17      A.  Yes.  Okay.  I see it.
15:19:39 18      Q.  Do you know what "S buy" might mean?
15:19:43 19      A.  I'm trying to think.  These are -- I
15:19:56 20  don't.
15:19:57 21      Q.  Fair enough.  Who would I need to go ask
15:20:00 22  about the nomenclature used in the P&S report?
15:20:05 23      A.  I think you can ask Bob Dempsey might
15:20:08 24  know.
15:20:08 25      Q.  All right.
```

## Page 258

ANDREW TENCZAR - CONFIDENTIAL

    A.  It could be swap buy, but I'm not sure. I'm just trying to look at the IDs. Those look like generic IDs, which could be swap IDs.

    Q.  If you look at these price, these are securities that HPOPS owned in the Limited Duration Bond Fund as of 8/30. They were only one of two people left in the fund at that point in time.

    A.  Okay.

    Q.  All right. And look at the prices, the NAV prices as of 8/29. Do you see them there, $84, $93, $98?

    A.  I do.

    Q.  And then look at the prices you were able to obtain, according to the P&S reports, 38, 15, 19, 19, 19, 19. I mean some of these prices are off 80, 80 percent, 60 percent, 18 percent, 70 percent, 70 percent.

    A.  I see that.

    Q.  And that certainly supports your view that IDC is mark to make believe. Doesn't it?

    A.  At that time, yes.

    Q.  Okay.

    (Discussion off the record.)

    MR. BURFORD: The exhibit we were just

## Page 259

ANDREW TENCZAR - CONFIDENTIAL

talking about, the exhibit that supports your mark to make believe theory, we have marked as Tenczar Exhibit No. 38.

    (Spreadsheets for Houston Police Officers Pension System accounts marked Exhibit 38.)

    MR. BURFORD: Thank you for your time, Mr. Tenczar.

    MR. McCAUGHEY: Object to the characterization of the exhibit, but I'll let you finish up.

BY MR. BURFORD:

    Q.  Tenczar 38 supports your mark to make believe theory, doesn't it?

    A.  Yes. It supports that IDC prices were different.

    MR. BURFORD: Thank you.

    MR. ENG: Off the record five minutes to switch.

    THE VIDEOGRAPHER: Going off the record, 3:21 p.m.

    (A recess was taken.)

    THE VIDEOGRAPHER: Back on the record, 3:23.

## Page 260

ANDREW TENCZAR - CONFIDENTIAL

CROSS-EXAMINATION

BY MR. ENG:

    Q.  Good afternoon. Let me reintroduce myself. I'm Gordon Eng from Debevoise and Plimpton, counsel for the Plaintiff, Prudential Retirement Insurance and Annuity.

And if it's okay with you, I'll call them interchangeably PRIAC or Prudential, if that's okay.

    A.  That's fine.

    Q.  And now, you're still -- for the record, you're still employed by State Street Global Advisors, correct?

    A.  Correct.

    Q.  And I'll refer to State Street Global Advisors interchangeably as SSgA or simply State Street, if that's acceptable.

    A.  That's fine.

    Q.  Now, I'm going to be asking you questions, and I'll try not to duplicate Mr. Burford's questions. There may be some overlap, but I'll try to move it along.

If at any time you don't understand my question, please let me know, and I'll clarify it. Is that all right?

## Page 261

ANDREW TENCZAR - CONFIDENTIAL

    A.  That's fine.

    Q.  Are you generally familiar with the lawsuit that Prudential has filed against SSgA?

    A.  No.

    Q.  You've never read the Complaint?

    A.  I've never read the Complaint.

    Q.  Prudential was an investor in SSgA Intermediate Bond Fund and in the SSgA Government Credit Bond Fund. Were you aware of that?

    A.  I was not.

    Q.  Have you ever had any direct communication with Prudential?

    A.  I have not.

    Q.  But during 2006 and 2007, you did execute trades for both the Intermediate Bond Fund and the Government Credit Bond Fund. Is that correct?

    A.  Yes, I have.

    Q.  And I would be talking about the ERISA version, which is coded CM03. Does that sound familiar?

    A.  That does.

    Q.  And I'll refer to the ERISA version of the Intermediate Bond Fund interchangeably as CM03, also, if that's all right.

    A.  That's fine.

```
                1       ANDREW TENCZAR - CONFIDENTIAL
15:10:29        2                C E R T I F I C A T E
15:10:29        3       COMMONWEALTH OF MASSACHUSETTS
15:10:29        4       SUFFOLK, SS.
15:10:29        5                      I, Janet M. McHugh, a Registered Merit
15:10:29        6       Reporter and a Notary Public within and for the
15:10:29        7       Commonwealth of Massachusetts do hereby certify:
15:10:29        8                      THAT ANDREW TENCZAR, the witness whose
15:10:29        9       testimony is hereinbefore set forth, was duly sworn by
15:10:29       10       me and that such testimony is a true and accurate
15:10:29       11       record of my stenotype notes taken in the foregoing
15:10:29       12       matter, to the best of my knowledge, skill and ability.
15:10:29       13                      IN WITNESS WHEREOF, I have hereunto set my
15:10:29       14       hand this 21st day of September, 2009.
15:10:29       15
15:10:29       16                                      _____
15:10:29       17                                      JANET M. MCHUGH
                                                       Notary Public
15:10:29       18
15:10:29       19       My Commission Expires:
15:10:29       20       July 11, 2014
15:10:29       21
               22
               23
               24
               25
```