

**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE
BOSTON, MA 02110-2624
WWW.ROPESGRAY.COM

July 2, 2010

Daniel J. Maher
T +1 617 951 7165
F +1 617 235 0729
daniel.maher@ropesgray.com

The Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/10

Re:   *In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation*, MDL No. 1945; *Memorial Hermann Healthcare System and The Health Professionals Insurance Co., Ltd. vs. State Street Bank and Trust Company*, No. 08 CV 5440 (S.D.N.Y.); *Houston Police Officers' Pension System v. State Street Band and Trust Company and State Street Global Advisors, Inc.*, No. 08 CV 5442 (S.D.N.Y.)

Dear Judge Holwell:

On behalf of Plaintiff Houston Police Officers' Pension System ("HPOPS"), Plaintiffs Memorial Hermann Healthcare System and the Health Professionals Insurance Company, Ltd. (collectively, "Memorial Hermann"), and Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc. (collectively, "State Street"), I write to clarify that the agreement described in the letter to this Court dated June 30, 2010 reached by counsel for these three parties regarding the parties' proposed use of documents that have been designated as "Confidential" pursuant to the Stipulated Protective Orders encompasses both (1) the responses to dispositive motions; and (2) the responses to State Street's motions to strike expert witness reports.

Accordingly, HPOPS, Memorial Hermann and State Street have agreed to, and respectfully request the Court's approval of, the following procedure, which comports with Section 10(b) of the Stipulated Protective Orders:

  (i)   On or before the July 2, 2010 deadline for filing responses to dispositive motions and to the motions to strike expert witness reports, Plaintiffs HPOPS and Memorial Hermann, and Defendant State Street will electronically serve on one another their respective responses with all exhibits and testimony cited in the responses, including all documents and testimony designated "Confidential."

  (ii)  HPOPS, Memorial Hermann and State Street agree that, on or before July 13, 2010, each party will give notice to one another regarding whether it will consent to de-

24946581_1.DOC

ROPES & GRAY LLP

-2-                                                                                             July 2, 2010

designate the documents and testimony marked "Confidential" that each party relies upon in support of their respective responses to dispositive motions and to the motions to strike expert witness reports. If the Producing Party consents, the filing party may file the papers and Confidential Discovery Materials in the Court without filing them under seal. If the Producing Party does not consent, the filing party will file any Confidential information pursuant to subsection 10(a) of the Stipulated Protective Orders. HPOPS, Memorial Hermann and State Street agree to file their responses to dispositive motions, and HPOPS and Memorial Hermann agree to file their responses to State Street's motions to strike expert witnesses, in the Court in accordance with this agreement on or before July 19, 2010. HPOPS, Memorial Hermann and State Street may object to the designation of any Discovery Material as Confidential at any time in accordance with Paragraph 7 of the Stipulated Protective Orders.

(iv) The parties agree that this procedure is consistent with both the April 5, 2010 Scheduling Order and the Stipulated Protective Orders.

HPOPS, Memorial Hermann and State Street respectfully pray that the Court approve this procedure and hope that such review will lead to the public filing of these papers.

Respectfully submitted,

ROPES & GRAY LLP

*Daniel J. Maher* /as
Daniel J. Maher
One International Place
Boston, MA 02110
Tel: (617) 951-7000
Fax: (617) 951-7050
daniel.maher@ropesgray.com

*Attorneys for Defendants State Street Bank and Trust Company and State Street Global Advisors, Inc.*

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
7/21/10

24946531_1.DOC

ROPES & GRAY LLP

- 3 -                                                                   July 2, 2010

            LOCKE LORD BISSELL & LIDDELL LLP

            *John R. Nelson* /ab w/ permission
            John R. Nelson
            100 Congress, Suite 300
            Austin, TX 78701-4042
            Tel: (512) 305-4868
            Fax: (512) 305-4800

            *Attorneys for Plaintiffs Memorial Hermann*
            *Healthcare System and Health Professionals*
            *Insurance Company, Ltd.*

            BURFORD & MANEY PC

            *Robert R. Burford* /ab w/ permission
            Robert R. Burford
            700 Louisiana, Suite 4600
            Houston, TX 77002
            T: (713) 222-4046
            F: (713) 222-1475

            *Attorneys for Plaintiff Houston Police Officers'*
            *Pension System*

cc:    (by e-mail): All Counsel of Record