# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

July 26, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/10

JUL 29 2010

**BY FACSIMILE & BY HAND**

Hon. Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*In re: State Street Bank and Trust Co. ERISA Litigation*
*No. 08 MD 1945, No. 07 Civ. 8488*

Dear Judge Holwell:

Pursuant to Rule 3(C) of Your Honor's Individual Practices, plaintiff Prudential Retirement Insurance and Annuity Company ("PRIAC") and defendant State Street Bank and Trust Company ("State Street") jointly request leave for each of them to file a reply memorandum of up to 30 pages in support of its motion for summary judgment. This request relates only to the *Prudential Retirement* action, No. 07 Civ. 8488.

On June 14, 2010, Your Honor granted PRIAC's and State Street's joint request for leave to file reply memoranda of up to 25 pages. On July 2, both parties served their papers in opposition to the motions for summary judgment. Both parties' reply papers are due on July 30. While PRIAC and State Street are seeking to be as succinct as possible, at this point both believe that more than 25 pages will be needed to present their arguments adequately, and they respectfully request the Court's permission to file reply memoranda that do not exceed 30 pages.

Respectfully submitted,

Edwin G. Schallert /MHT

Edwin G. Schallert

cc:   All Counsel (*By E-mail*)

SO ORDERED
RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
7/29/10

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai