# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | Civil Action No. 08-md-1945 |
| NING YU, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE STREET CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 08-cv-08235-RJH<br><br>**ORAL ARGUMENT REQUESTED** |

## STATE STREET'S MOTION TO DISMISS
## SECOND AMENDED CLASS ACTION SECURITIES COMPLAINT

11642570.DOC

Defendants State Street Corporation, State Street Global Advisors, SSgA Funds, Peter G. Leahy, James Ross and Mark E. Swanson (collectively, "State Street"), based upon the accompanying Memorandum of Law in Support of State Street's Motion to Dismiss, the accompanying Declaration of Robert A. Skinner in Support of State Street's Motion to Dismiss, dated August 27, 2010, and its Exhibits A through I, and upon all the pleadings and proceedings heretofore had herein, hereby move this Court, pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff's Second Amended Class Action Complaint in its entirety.  As grounds for its motion, State Street respectfully submits that each of Plaintiff's claims fails as a matter of law to state a claim.

Dated:  August 27, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP

　　　　　　　　　　　　　　　　　　　By  /s/ John D. Donovan, Jr.
　　　　　　　　　　　　　　　　　　　　　John D. Donovan, Jr.
　　　　　　　　　　　　　　　　　　　　　Harvey J. Wolkoff
　　　　　　　　　　　　　　　　　　　　　Robert A. Skinner
　　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　　　　(617) 951-7000
　　　　　　　　　　　　　　　　　　　　　john.donovan@ropesgray.com
　　　　　　　　　　　　　　　　　　　　　harvey.wolkoff@ropesgray.com
　　　　　　　　　　　　　　　　　　　　　robert.skinner@ropesgray.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　*State Street Corporation, State Street Global*
　　　　　　　　　　　　　　　　　　　　　*Advisors, SSgA Funds, Peter G. Leahy,*
　　　　　　　　　　　　　　　　　　　　　*James Ross and Mark E. Swanson*