**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | Civil Action No. 08-md-1945 |
| NING YU, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET CORPORATION, et al., <br><br> Defendants. | Civil Action No. 08-cv-08235-RJH |

**DECLARATION OF ROBERT A. SKINNER IN SUPPORT OF STATE STREET'S MOTION TO DISMISS SECOND AMENDED CLASS ACTION SECURITIES COMPLAINT**

I, Robert A. Skinner, declare:

1. I am a partner in the law firm of Ropes & Gray LLP, attorneys of record for Defendants State Street Corporation, State Street Global Advisors ("SSgA"), SSgA Funds, Peter G. Leahy, James Ross and Mark E. Swanson (collectively, "State Street"). I am admitted to practice in this Court pro hac vice in this matter. The following facts are of my personal knowledge, including upon my review of documents relevant to this matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Prospectus for the SSgA Yield Plus Fund ("YPF") filed with the Securities and Exchange Commission ("SEC") on December 18, 2006. This Prospectus is an excerpt from the Post-Effective Amendment to the SSgA Funds Registration Statement filed on that date.

3. Attached hereto as Exhibit B is a true and correct copy of the Statement of Additional Information ("SAI") for YPF filed with the SEC on December 18, 2006. This SAI is

-2-

an excerpt from the Post-Effective Amendment to the SSgA Funds Registration Statement filed on that date.

4. Attached hereto as Exhibit C is a true and correct copy of the Annual Report for the SSgA Funds Fixed Income Funds for the period ending August 31, 2006. This report is an excerpt from the SSgA Funds Form N-CSR filed with the SEC on November 2, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of the Annual Report for the SSgA Funds Fixed Income Funds for the period ending August 31, 2007. This report is an excerpt from the SSgA Funds Form N-CSR filed with the SEC on November 8, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of the Annual Report for the SSgA Funds Fixed Income Funds for the period ending August 31, 2005. This report is an excerpt from the SSgA Funds Form N-CSR filed with the SEC on October 27, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of and excerpt from the Prospectus for YPF filed with the SEC on December 20, 2004. This Prospectus is an excerpt from the Post-Effective Amendment to the SSgA Funds Registration Statement filed on that date.

8. Attached hereto as Exhibit G is a true and correct copy of and excerpt from the Prospectus for YPF filed with the SEC on December 16, 2005. This Prospectus is an excerpt from the Post-Effective Amendment to the SSgA Funds Registration Statement filed on that date.

9. Attached hereto as Exhibit H is a true and correct copy of and excerpt from the Schedule of Investments included within the quarterly report for YPF, filed with the SEC on Form N-Q on July 28, 2006.

10. Attached hereto as Exhibit I is a true and correct copy of and excerpt from the Schedule of Investments included within the quarterly report for YPF, filed with the SEC on Form N-Q on July 30, 2007.

-3-

I declare under penalty of perjury that the foregoing is true and correct.

                                        Executed on this 27th day of August, 2010.

                                        <u>/s/Robert A. Skinner</u>
                                        Robert A. Skinner