# Robbins Geller
# Rudman & Dowd LLP

Atlanta        Melville        USDC SDNY                San Francisco
Boca Raton     New York        DOCUMENT                 Washington, DC
                               ELECTRONICALLY FILED
                               DOC #: _____
Evan J. Kaufman                DATE FILED: 9/13/10
EKaufman@rgrdlaw.com

September 17, 2010

VIA FACSIMILE

Hon. Richard J. Holwell                             SEP 17 2010
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007-1312

07 cv 8488

Re:     In Re: State Street Bank and Trust Co. Fixed Income Funds Investment Litigation,
        1:08-md-01945-RJH
        Ning Yu v. State Street Corporation, et al.,
        1:08-cv-08235-RJH (S.D.N.Y.)

Dear Judge Holwell:

We represent Lead Plaintiff Anatoly Alexander ("Plaintiff") in the above-referenced Yu action (08-cv-8235) and write on behalf of Plaintiff, the State Street defendants and the Independent Trustee defendants (collectively, "Defendants"). Defendants filed their motions to dismiss on August 27, 2010. On September 8, 2010, the Court So Ordered a briefing schedule agreed to by the parties under which Plaintiff's opposition to Defendants' motions to dismiss will be due on September 27, 2010. Due to the various intervening holidays and scheduling conflicts, Plaintiff respectfully requests a short two-week extension for the filing of his opposition papers. Defendants consent to Plaintiff's request.

Plaintiff and Defendants respectfully request that the Court approve the following agreement reached between counsel for Plaintiff and Defendants extending the time for Plaintiff and Defendants to file papers in connection with Defendants' motions to dismiss:

1. Plaintiff's response in opposition to Defendants' Motions to Dismiss will be due on or before October 12, 2010; and

2. Defendants' reply memorandum in support of their Motions to Dismiss will be due on or before November 9, 2010.

Respectfully submitted,

Evan J. Kaufman

cc:     Jeffrey A. Berens
        Michael S. Hines               SO ORDERED
        Robert A. Skinner

                                       RICHARD J. HOLWELL
                                       UNITED STATES DISTRICT JUDGE
                                       9/23/10

58 South Service Road    Suite 200    Melville, NY 11747    Tel 631 367 7100    Fax 631 367 1173    rgrdlaw.com