# ROPES & GRAY

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110-2624
WWW.ROPESGRAY.COM

SEP 17 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/10

September 17, 2010

Robert A. Skinner
T +1 617 951 7560
F +1 617 235 0434
robert.skinner@ropesgray.com

**BY FACSIMILE (212-805-7948)**

The Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

07 cv 8488

Re: *In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation*, MDL No. 1945 (No. 07 Civ. 8488); *F.W. Webb Company et al. v. State Street Bank and Trust Co., State Street Global Advisors, and CitiStreet, LLC*, No. 09 Civ. 1241

Dear Judge Holwell:

This firm represents defendants State Street Bank and Trust Company and State Street Global Advisors (collectively, "State Street") in the above-entitled action. On behalf of State Street and CitiStreet, LLC, now ING Institutional Plan Services, LLC ("CitiStreet"), I write to request that the Court approve an agreement reached between counsel for Plaintiffs and the Defendants regarding an extension of time to file responses to Plaintiffs' Motion for Reconsideration and for Leave to File a First Amended Complaint. The Parties have agreed that Defendants' responses in opposition to the Motion will be due on or before October 8, 2010. The Parties respectfully request that the Court approve this agreement.

Respectfully submitted,

Robert A. Skinner

cc:   John J. Butts, Esq.
      David E. Lurie, Esq.

SO ORDERED,                                    9/22/10

RICHARD J. HOLWELL
**UNITED STATES DISTRICT JUDGE**