USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MEMORIAL HERMANN HEALTHCARE                          08 MDL 1945
SYSTEM, et al.,

                    Plaintiffs,                      No. 08 Civ 5440 (RJH)

                    - against -

STATE STREET BANK AND TRUST CO.,                     **ORDER**

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RICHARD J. HOLWELL, District Judge:

The Court's Memorandum and Opinion dated September 17, 2010 denied State

Street's motion for leave to file a sur-reply as moot, but erroneously identified it as ECF

document 59 instead of ECF document 52. The Memorandum and Opinion is hereby

corrected to refer to ECF document 52 instead of ECF document 59.


SO ORDERED.

Dated:      Oct 4
            September ___, 2010
            New York, New York

                              RICHARD J. HOLWELL
                              UNITED STATES DISTRICT JUDGE