# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | MDL No. 1945 |
| THIS RELATES TO ALL MATTERS | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective October 12, 2010, the mailing address for Ropes & Gray LLP will change. All pleadings, notices, correspondence and other documents should be directed to the new address identified below.

Dated: October 13, 2010

Respectfully submitted,

By: /s/ Harvey J. Wolkoff

Harvey J. Wolkoff
John D. Donovan, Jr.
Robert A. Skinner
Daniel J. Maher
Allison Boscarine
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
harvey.wolkoff@ropesgray.com
robert.skinner@ropesgray.com
daniel.maher@ropesgray.com
allison.boscarine@ropesgray.com
Tel : 617-951-7000
Fax : 617-951-7050

*Attorneys for Defendant State Street Bank and Trust Company, State Street Corporation, State Street Global Advisors, Inc., Peter G. Leahy, James Ross, and Mark E. Swanson*

25534909_2.DOCX

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 8, 2010.

                                                                         /s/  Allison Boscarine\_\_
                                                                         Allison Boscarine