UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | § § § § § | 1:08-md-01945-RJH |
| This Document Relates To: | § § | |
| MEMORIAL HERMANN HEALTHCARE SYSTEM and THE HEALTH PROFESSIONALS INSURANCE COMPANY, LTD. | § § § § § | 1:08-cv-05440-RJH |
| Plaintiffs, | § § | |
| v. | § § | |
| STATE STREET BANK AND TRUST COMPANY | § § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE

Notice is hereby given that Susan A. Kidwell is appearing as additional counsel for Plaintiffs Memorial Hermann Healthcare System and The Health Professionals Insurance Company, Ltd. in the above-captioned actions. Charles R. Parker remains attorney-in-charge for Plaintiffs in these actions. Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other material relevant to these actions should be directed and served upon:

AUS:0017275/00023:444981v2

Susan A. Kidwell
LOCKE LORD BISSELL & LIDDELL LLP
100 Congress, Suite 300
Austin, Texas 78701-4042
Telephone: (512) 305-4766
Facsimile: (512) 391-4766
skidwell@lockelord.com

I certify that I am admitted to practice and am in good standing as a member of the bar of the United States District Court for the Southern District of Texas.  Pursuant to the Court's Order of April 3, 2009 (Doc. 52), I am admitted *pro hac vice* in these matters.

Dated: October 14, 2010.

Respectfully submitted,

By: /s/ Susan A. Kidwell
   Susan A. Kidwell
   skidwell@lockelord.com
   Southern District of Texas No. 631211
   Texas State Bar No. 24032626
   LOCKE LORD BISSELL & LIDDELL LLP
   100 Congress, Suite 300
   Austin, Texas 78701-4042
   Telephone: (512) 305-4766
   Facsimile: (512) 391-4766

   Charles R. Parker
   cparker@lockelord.com
   Southern District of Texas No. 2314
   State Bar No. 15479500
   LOCKE LORD BISSELL & LIDDELL LLP
   600 Travis, Suite 3400
   Houston, Texas  77002-3095
   Telephone:  (713) 226-1469
   Facsimile:  (713) 229-2632

AUS:0017275/00023:444981v2

Jay G. Safer (JS-4609)
jsafer@lockelord.com
LOCKE LORD BISSELL & LIDDELL LLP
3 World Financial Center, 20th Floor
New York, New York 10281-2101
Telephone: (212) 812-8305
Facsimile: (212) 812-8365

John R. Nelson
jnelson@lockelord.com
Southern District of Texas No. 32683
State Bar No. 00797144
LOCKE LORD BISSELL & LIDDELL LLP
100 Congress, Suite 300
Austin, Texas 78701-4042
Telephone: (512) 305-4868
Facsimile: (512) 305-4800

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served on all counsel of record on the 13th day of October, 2010.

/s/ Susan A. Kidwell
Susan A. Kidwell

AUS:0017275/00023:444981v2