USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/10

07 cv 8488

OCT - 4 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | Case No. 08-MD-1945 (RJH) |
| This Document Relates To: APOGEE ENTERPRISES, INC., ON BEHALF OF THE APOGEE ENTERPRISES, INC. 401(K) RETIREMENT PLAN, Plaintiff, v. STATE STREET BANK AND TRUST COMPANY; AND ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC, Defendants. | Case No. 09-CV-1899 (RJH) |

### STIPULATION AND [~~PROPOSED~~] ORDER 

IT IS HEREBY STIPULATED AND AGREED on behalf of the plaintiff and defendant ING Institutional Plan Services, LLC (f/k/a CitiStreet LLC) ("CitiStreet"), by and through their respective counsel, that the date by which CitiStreet shall serve and file its Answer is extended to and including October 8, 2010.

There has not been any previous extension of this date.

Doc# US1 6594967v1

Dated: New York, New York
October 1, 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*[signature]*

By: Jonathan H. Hurwitz
(jhurwitz@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10016-6064
Telephone: (212) 373-3000
Fax: (212) 492-0254
*Attorneys for Defendant ING Institutional Plan Services LLC, f/k/a CitiStreet LLC*

FAEGRE & BENSON LLP

*[signature]*

By: Steven L. Severson (*pro hac vice*)
(sseverson@faegre.com)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
*Attorneys for Plaintiff Apogee Enterprises, Inc. on behalf of the Apogee Enterprises Inc. 401(k) Retirement Plan*

SO ORDERED:

*[signature]*

Honorable Richard J. Holwell
United States District Judge
10/13/10