USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | 07 cv 8488<br>Case No. 08-MD-1945 (RJH) |
| This Document Relates To:<br><br>APOGEE ENTERPRISES, INC., ON BEHALF OF THE APOGEE ENTERPRISES, INC. 401(K) RETIREMENT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY; AND ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC,<br><br>Defendants. | Case No. 09-CV-1899 (RJH)) |

### STIPULATION AND [~~PROPOSED~~] ORDER

WHEREAS ING Institutional Plan Services, LLC (f/k/a CitiStreet LLC) ("CitiStreet") seeks an extension of time to file an Answer and plaintiffs have consented to that extension;

IT IS HEREBY STIPULATED AND AGREED on behalf of the plaintiffs and CitiStreet, by and through their respective counsel, that the date by which CitiStreet shall file an Answer is extended by one week to and including October 22, 2010.

The parties previously stipulated to extend CitiStreet's time to file an Answer to October 8, 2010.

Dated: New York, New York
      October 8, 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

_____
By: Jonathan H. Hurwitz
(jhurwitz@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10016-6064
Telephone: (212) 373-3000
Fax: (212) 492-0254
*Attorneys for Defendant ING Institutional Plan Services LLC, f/k/a CitiStreet LLC*

FAEGRE & BENSON LLP

_____
By: Steven L. Severson (*pro hac vice*)
(sseverson@faegre.com)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
*Attorneys for Plaintiff Apogee Enterprises, Inc. on behalf of the Apogee Enterprises Inc. 401(k) Retirement Plan*

SO ORDERED:

_____
Honorable Richard J. Holwell
United States District Judge   10/17/10