UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | MDL No. 1945 |
| MEMORIAL HERMANN HEALTHCARE SYSTEM AND THE HEALTH PROFESSIONALS INSURANCE COMPANY, LTD., Plaintiffs, v. STATE STREET BANK & TRUST COMPANY, Defendant. | No. 08 Civ. 5440 (RJH) |

**STATE STREET'S MOTION TO STRIKE
<u>PLAINTIFFS' FOURTH AMENDED COMPLAINT</u>**

Defendants State Street Bank & Trust Co. and State Street Global Advisors ("State Street") hereby move pursuant to Federal Rule of Civil Procedure 15(a) to strike the unauthorized amendments in paragraphs 23, 26, 28, 40, 41, and 48 in the Fourth Amended Complaint submitted on behalf of Plaintiffs Memorial Hermann Healthcare System ("MHHS") and the Health Professionals Insurance Company, Ltd. ("HePIC") (collectively, "Memorial Hermann"), or alternatively, to adopt the proposed Fourth Amended Complaint as the operative complaint in this action. The grounds for this motion are set forth in Defendants' supporting memorandum, filed herewith.

-2-

Dated: October 15, 2010                ROPES & GRAY LLP

                                       By: /s/ Harvey J. Wolkoff
                                       Harvey J. Wolkoff
                                       Robert A. Skinner
                                       Prudential Tower
                                       800 Boylston Street
                                       Boston, MA  02199
                                       Tel: (617) 951-7000
                                       Fax: (617) 951-7050
                                       harvey.wolkoff@ropesgray.com
                                       robert.skinner@ropesgray.com
                                       *Attorneys for Defendant State Street Bank and Trust Company*

-3-

## CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2010, I caused a true and correct copy of the foregoing document to be served upon the all counsel of record via the ECF system.

                                                /s/ Allison M. Boscarine
                                                Allison M. Boscarine