# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
THOMAS E. LENT
DAVID E. LURIE

KAREN E. FRIEDMAN
SARA A. LAROCHE
E. PAGE WILKINS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/10

E-MAIL: dlurie@luriekrupp.com

October 7, 2010

<u>BY FAX AND FEDERAL EXPRESS</u>

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

07 cv 8488

Re: *In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation*,
No. 08 MDL 1945 (RJH)
*F.W. Webb Company et al. v. State Street Bank and Trust Company, State Street
Global Advisors and CitiStreet, LLC*, No. 09 Civ. 01241 (RJH)

Dear Judge Holwell:

On September 8, 2010, Plaintiffs in *F.W. Webb Company et al. v. State Street Bank and Trust Company, State Street Global Advisors and CitiStreet, LLC*, No. 09 Civ. 01241 (RJH) (the "F.W. Webb Action") filed electronically the following documents:

- Notice Of Motion For Reconsideration Of August 13, 2010 Order And For Leave To File First Amended Complaint with Proposed Order attached as Exhibit A;

- Memorandum Of Law In Support Of Motion For Reconsideration Of August 13, 2010 Order And For Leave To File First Amended Complaint; and

- Declaration Of David E. Lurie In Support Of Motion For Reconsideration Of August 13, 2010 Order And For Leave To File First Amended Complaint with Proposed First Amended Complaint attached as Exhibit A.

Courtesy copies were provided to the Court and the documents were served on Defendants and all parties. It has been brought to our attention that Exhibit D to the Proposed First Amended Complaint attached as Exhibit A to the Declaration of David E. Lurie has been designated as "Confidential" pursuant to a Stipulated Protective Order entered by this Court dated October 28, 2008 in the *In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation*, No. 08 MDL 1945 (RJH). This Order also applies to the F.W. Webb action. <u>See</u> ¶16, Stipulated Protective Order.

# LURIE & KRUPP, LLP

Hon. Richard J. Holwell
October 7, 2010
Page 2

    Therefore, the F.W. Webb plaintiffs respectfully request that:

1. The Declaration Of David E. Lurie In Support Of Motion For Reconsideration (Docket #27 – Case No. 09 Civ. 01241) and the Memorandum Of Law In Support Of Motion For Reconsideration (Docket #28 – Case No. 09 Civ. 01241) be deleted from the electronic docket for the above captioned case;
2. F.W. Webb be allowed to file redacted versions of those documents electronically; and
3. F.W. Webb be allowed to file unredacted copies with the Court under seal pursuant to the instructions for filing sealed documents.

    Thank you for your attention to this matter.

                        Respectfully submitted,

                        David E. Lurie

*Attorney for Plaintiffs F.W. Webb Company, Robert A. Mucciarone, Charles Slattery III, and Edward Welch, as members of the F.W. Webb Company Savings & Profit Sharing Plan Committee, and the F.W. Webb Company Savings & Profit Sharing Plan, on behalf of the Plan and participants thereof*

cc:    Robert A. Skinner, Esq.
       John J. Butts, Esq.
       Steven F. Cherry, Esq.
       All other Counsel of Record (electronically)
       Robert A. Mucciarone

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
10/13/10