# LURIE & KRUPP, LLP

ONE McKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
THOMAS E. LENT
DAVID E. LURIE

KAREN E. FRIEDMAN
SARA A. LAROCHE
E. PAGE WILKINS

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: kfriedman@luriekrupp.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/10

October 15, 2010

BY FACSIMILE AND U.S. MAIL

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

07 cv 8488

Re: *In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation*, No. 08 MDL 1945 (RJH)
*F.W. Webb Company et al. v. State Street Bank and Trust Company, State Street Global Advisors and CitiStreet, LLC*, No. 09 Civ. 01241 (RJH)

Dear Judge Holwell:

This letter is submitted on behalf of Plaintiffs in *F.W. Webb Company et al. v. State Street Bank and Trust Company, State Street Global Advisors and CitiStreet, LLC*, No. 09 Civ. 01241(RJH), one of the actions pending before the Court as part of *In re State Street Bank and Trust Co. Fixed Income Funds Investment Litigation*, No. 08 MDL 1945 (RJH).

Plaintiffs respectfully request that Your Honor enter an order granting Plaintiffs a two-week extension of time to file a reply to oppositions filed by State Street Bank and Trust Company ("State Street") and CitiStreet, LLC, now ING Institutional Plan Services ("CitiStreet") to Plaintiffs' Motion For Reconsideration of August 13, 2010 Order And For Leave To File First Amended Complaint. The oppositions were served electronically on October 8, 2010. The new deadline for the reply would be November 1, 2010. Plaintiffs also request that they be allowed to file a consolidated reply brief of 20 pages which would respond to the oppositions of both State Street and CitiStreet. Plaintiffs have made no previous request for an extension of time on the reply brief. Both State Street and CitiStreet have consented to the extension of time and to filing a consolidated brief of 20 pages.

# LURIE & KRUPP, LLP

Hon. Richard J. Holwell
October 15, 2010
Page 2

    Thank you for your attention to this matter.

                            Respectfully submitted,

*[signature]*

David E. Lurie
Thomas E. Lent
Karen E. Friedman
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel: (617) 367-1970
Fax: (617) 367-1971
dlurie@luriekrupp.com
tlent@luriekrupp.com
kfriedman@luriekrupp.com

*Attorneys for Plaintiffs F.W. Webb Company, Robert A. Mucciarone, Charles Slattery III, and Edward Welch, as members of the F.W. Webb Company Savings & Profit Sharing Plan Committee, and the F.W. Webb Company Savings & Profit Sharing Plan, on behalf of the Plan and participants thereof*

cc:    Robert A. Skinner, Esq. (via U.S. and electronic mail)
        John J. Butts, Esq. (via U.S. and electronic mail)
        Steven F. Cherry, Esq. (via U.S. and electronic mail)
        All other Counsel of Record (via electronic mail)
        Robert A. Mucciarone (via electronic mail)

**SO ORDERED**

*[signature]*

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
10/15/10