Holwell, J

NOV 30 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | Case No. 08-MD-1945 (RJH) |
| This Document Relates To: APOGEE ENTERPRISES, INC., ON BEHALF OF THE APOGEE ENTERPRISES, INC. 401(K) RETIREMENT PLAN, <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY; AND ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC, <br><br> Defendants. | Case No. 09-CV-1899 (RJH) |
| ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC, <br><br> Counterclaim, Cross-Claim, and Third-Party Plaintiff, <br><br> v. <br><br> APOGEE ENTERPRISES, INC., APOGEE PENSION INVESTMENT COMMITTEE, RUSSELL HUFFER, ANTHONY NOWAK, DAVID BLANK, GARY JOHNSON, RICHARD KRAUS, SILVEROAK WEALTH MANAGEMENT LLC, AND STATE STREET BANK AND TRUST COMPANY, <br><br> Counterclaim, Cross-Claim, and Third-Party Defendants | **STIPULATION CONCERNING SERVICE AND [PROPOSED] ORDER** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/10

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that Faegre & Benson LLP hereby accepts service of the Third-Party Complaint in the above-captioned action on behalf of Third-Party Defendants the Apogee Pension Investment Committee, Russell Huffer, Anthony Nowak, David Blank, Gary Johnson, and Richard Kraus (the "Apogee Third-Party Defendants") and that the Apogee Third-Party Defendants hereby waive any defense in this action based upon insufficiency of process or insufficiency of service of process.

IT IS FURTHER STIPULATED AND AGREED that the Apogee Third-Party Defendants and Cross-Claim Defendant Apogee Enterprises, Inc. shall answer or otherwise respond to the Cross-Claims and Third-Party Complaint on or before December 14, 2010.

Dated: New York, New York
November 29 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: Jonathan H. Hurwitz
(jhurwitz@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10016-6064
Telephone: (212) 373-3000
Fax: (212) 492-0254
*Attorneys for Counterclaim and Third-Party Complaint Plaintiff ING Institutional Plan Services LLC, f/k/a CitiStreet LLC*

FAEGRE & BENSON LLP

By: Steven L. Severson (*pro hac vice*)
(sseverson@faegre.com)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
*Attorneys for Counterclaim and Third-Party Complaint Defendants Apogee Enterprises, Inc., Apogee Pension Investment Committee, Russell Huffer, Anthony Nowak, David Blank, Gary Johnson, and Richard Kraus*

SO ORDERED:

Honorable Richard J. Holwell
United States District Judge

12/2/10