UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK AND
TRUST CO. FIXED INCOME FUNDS
INVESTMENT LITIGATION

Case No. 08-MD-1945 (RJH)



---

This Document Relates To:

Apogee Enterprises, Inc., on behalf of the
Apogee Enterprises, Inc. 401(K)
Retirement Plan,

    Plaintiff,

Case No. 09-CV-1899 (RJH)

 v.

State Street Bank and Trust Company;
and ING Institutional Plan Services
LLC, formerly known as Citistreet LLC,

    Defendants.

---

ING Institutional Plan Services LLC, formerly
known as Citistreet LLC,

    Counterclaim,
    Cross-Claim, and
    Third-Party Plaintiff,

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

 v.

Apogee Enterprises, Inc., Apogee Pension
Investment Committee, Russell Huffer,
Anthony Nowak, David Blank, Gary
Johnson, Pat Beithon, Richard Kraus,
Silveroak Wealth Management LLC,
and State Street Bank and Trust Company,

    Counterclaim,
    Cross-Claim and
    Third-Party Defendants.

---

Upon the motion of Leif T. Simonson and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Nicholas A. Dolejsi
Lommen, Abdo, Cole, King & Stageberg, P.A.
2000 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
612-339-8131
612-339-8064
nick@lommen.com

is admitted to practice pro hac vice as counsel for SilverOak Wealth Management, LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 12/9, 2010.

_____
HON. RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE