USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE STATE STREET BANK AND TRUST
CO. FIXED INCOME FUNDS INVESTMENT
LITIGATION

07 cv 8488

MDL No. 1945

------------------------------------x

NING YU, On Behalf of Himself and All
Others Similarly Situated,

         Plaintiff,

    - against -

STATE STREET CORPORATION, et al,

         Defendants.

------------------------------------x

No. 08 Civ. 8235 (RJH)

**ORDER**

RICHARD J. HOLWELL, District Judge:

    Oral argument on the motion to dismiss is adjourned until March 18, 2011 at 2:30 p.m.

    SO ORDERED.

Dated:    March 6, 2011
          New York, New York

                                      RICHARD J. HOLWELL
                                    UNITED STATES DISTRICT JUDGE