

# DYER & BERENS LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/11



March 9, 2011

VIA FACSIMILE



MAR 9 2011

RICHARD J. HOLWELL

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007-1312
Facsimile: (212) 805-7948

Re:   *In Re: State Street Bank and Trust Co. Fixed Income Funds Investment Litigation,*
      1:08-md-01945-RJH
      *Ning Yu v. State Street Corporation, et al.,*
      1:08-cv-08235-RJH (S.D.N.Y.)    07 cv 8488

Dear Judge Holwell:

We represent Lead Plaintiff Anatoly Alexander ("Plaintiff") in the above-referenced *Yu* action (08-cv-8235) and write on behalf of Plaintiff, the State Street defendants and the Independent Trustee defendants (collectively, "Defendants").

Oral argument on Defendants' motions to dismiss was originally scheduled by the Court to occur this Friday, March 11, 2011 at 2:30 p.m. (Dkt. No. 259). Two days ago, the Court issued an Order adjourning the oral argument until Friday, March 18, 2011 at 2:30 p.m. (Dkt. No. 265). Plaintiff's counsel, due to unavoidable conflicts in their calendars, respectfully request that oral argument be rescheduled. No previous requests for adjournment of the oral argument have been sought by any of the parties. The requested adjournment will not affect any other scheduled dates. Defendants consent to this request and the parties are available Friday, March 25, 2011 or another date that is convenient to the Court's calendar and the parties.

Respectfully submitted,

Jeffrey A. Berens

*Oral argument is adjourned until March 25, 2011 at 3:30 p.m.*

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
3/11/11

cc:   Evan J. Kaufman (*via facsimile*)
      Michael S. Hines (*via facsimile*)
      Robert A. Skinner (*via facsimile*)

JUSTICE FOR ALL

303 E. 17TH AVE., SUITE 300 • DENVER, COLORADO 80203
PHONE: 303.861.1764 OR 888.300.3362 • FAX: 303.395.0393
WWW.DYERBERENS.COM • INQUIRY@DYERBERENS.COM