UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | Case No. 08-MD-1945 (RJH) |
| This Document Relates to:<br>APOGEE ENTERPRISES, INC. ON BEHALF OF THE APOGEE ENTERPRISES, INC. 401(K) RETIREMENT PLAN.<br>    Plaintiff,<br>v.<br>STATE STREET BANK AND TRUST COMPANY; AND ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC,<br>    Defendants. | Case No. 09-cv-1899 (RJH)<br><br>**APOGEE'S MOTION FOR SUMMARY JUDGMENT ON COUNTS ONE AND TWO OF ITS COMPLAINT AGAINST STATE STREET**<br><br>**ORAL ARGUMENT REQUESTED** |
| ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC,<br>    Counterclaim, Cross-Claim, and Third-Party Plaintiff,<br>v.<br>APOGEE ENTERPRISES, INC., APOGEE PENSION INVESTMENT COMMITTEE, RUSSELL HUFFER, ANTHONY NOWAK, DAVID BLANK, GARY JOHNSON, RICHARD KRAUS, SILVEROAK WEALTH MANAGEMENT LLC, AND STATE STREET BANK AND TRUST COMPANY,<br>    Counterclaim, Cross-Claim, and Third-Party Defendants. | |

Plaintiff Apogee Enterprises, Inc., on behalf of the Apogee Enterprises, Inc. 401(k) Retirement Plan ("Apogee"), hereby moves the Court under Rule 56 of the Federal Rules of Civil Procedure for an Order granting Apogee summary judgment on Counts One and Two of its Complaint against State Street Bank and Trust Company ("State Street") and entering judgment in favor of Apogee on these two counts as follows:

(1) for judgment in favor of Apogee and against State Street in the amount of $2,044,445.77 for Apogee's compensatory damages;

(2) for an award of pre-judgment interest from August 31, 2007 to today's date (March 25, 2011) in the amount of $16,782.64, and additional prejudgment interest from March 26, 2011 to the date judgment is entered at the daily rate of $12.88;

(3) for an Order pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure granting Apogee thirty days from the entry of judgment to file a motion for attorneys' fees and costs in accordance with ERISA § 502(g)(1); and

(4) for such other relief in Apogee's favor as the Court deems proper.

Apogee's Motion is based on the accompanying Memorandum of Law in Support of its Motion for Summary Judgment, Rule 56.1 Statement of Undisputed Material Facts, and Affidavits and Exhibits served and filed herewith, and upon all the pleadings and proceedings in this matter.

Dated: March 25, 2011.                By  s/Steven L. Severson
                                              Steven L. Severson (MN Atty No. 152857)
                                                *sseverson@faegre.com*
                                              Admitted Pro hac vice
                                              Deborah A. Ellingboe (MN Atty No. 26216X)
                                              *dellingboe@faegre.com*
                                              Admitted Pro hac vice
                                              Justin P. Krypel (MN Atty No. 0389385)
                                              *jkrypel@faegre.com*
                                              Admitted Pro hac vice

                                              FAEGRE & BENSON LLP
                                              2200 Wells Fargo Center
                                              90 South Seventh Street
                                              Minneapolis, MN 55402-3901
                                              Telephone (612) 766-7000
                                              Facsimile (612) 766-1600

                                              **Attorneys for Plaintiff Apogee Enterprises Inc., on behalf of the Apogee Enterprises, Inc. 401(k) Retirement Plan**

fb.us.6526593.01