```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE STATE STREET BANK AND TRUST CO.
FIXED INCOME FUNDS INVESTMENT
LITIGATION,                                  08 **MDL** 1945
-------------------------------------------------------------X
NING YU, On Behalf of Himself and All Others
Similarly Situated,
                                Plaintiff,    08 **CIVIL** 8235 (RJH)
        -against-                              **JUDGMENT**

STATE STREET CORPORATION, et al.,
                                Defendants.
-------------------------------------------------------------X

Defendants having moved to dismiss the Second Amended Complaint, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on March 31, 2011, having rendered its Memorandum Opinion and Order granting defendants' motions to dismiss and dismissing the case with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2011, defendants' motion to dismiss are granted and the case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        March 31, 2011

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                        BY:
                                        _____
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____