UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
APR 12 2011
CHAMBERS OF
RICHARD J. HOLWELL

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. ERISA LITIGATION | 08 MDL No. 1945 |
| F.W. WEBB COMPANY, et al.<br>　　　　　　　Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:09-CV-1241 |
| STATE STREET BANK AND TRUST COMPANY, et al.<br>　　　　　　　Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that all claims that were asserted, or could have been asserted, in this action shall be dismissed with prejudice. Plaintiffs' motions for reconsideration and for leave to file an amended complaint, dated September 8, 2010, are hereby withdrawn with prejudice. The parties shall bear their own fees and costs, and waive all rights of appeal. Notwithstanding the foregoing, the parties agree in the event that there is a class recovery in the case entitled *Ning Yu v. State Street Corporation*, Civ. A. No. 08-cv-08235-RJH-JLC (S.D.N.Y.), this stipulation will not affect Plaintiffs' ability to submit a claim as an absent class member.

LURIE & KRUPP, LLP

By: _____
David E. Lurie
Thomas E. Lent
Karen E. Friedman
One McKinley Square
Boston, MA 02109
Tel: (617) 367-1970

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: _____
William F. Lee
John J. Butts
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

USIDOCS 7868033v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/11

Fax: (617) 367-1971
dlurie@luriekrupp.com

*Counsel for Plaintiffs*

Fax: (617) 526-5000
john.butts@wilmerhale.com

Steven F. Cherry
1875 Pennsylvania Avenue NW
Washington, DC 20006

*Counsel for CitiStreet LLC, now known as ING Institutional Plan Services LLC*

ROPES & GRAY

By: _____
Harvey J. Wolkoff
Robert A. Skinner
Prudential Tower
800 Boylston Street
Boston, MA 02019-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
robert.skinner@ropesgray.com

*Counsel for State Street Bank & Trust Company and State Street Global Advisors*

SO ORDERED, THIS 14 DAY OF APRIL, 2011:

_____
Hon. Richard J. Holwell, U.S.D.J.

USIDOCS 7868033v1