UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK AND
TRUST CO. FIXED INCOME FUNDS
INVESTMENT LITIGATION

This Document Relates To:

Apogee Enterprises, Inc., on behalf of the
Apogee Enterprises, Inc. 401(K)
Retirement Plan,

        Plaintiff,

v.

State Street Bank and Trust Company;
and ING Institutional Plan Services
LLC, formerly known as Citistreet LLC,

        Defendants.

---

ING Institutional Plan Services LLC, formerly
known as Citistreet LLC,

        Counterclaim,
        Cross-Claim, and
        Third-Party Plaintiff,

v.

Apogee Enterprises, Inc., Apogee Pension
Investment Committee, Russell Huffer,
Anthony Nowak, David Blank, Gary
Johnson, Pat Beithon, Richard Kraus,
SilverOak Wealth Management LLC,
and State Street Bank and Trust Company,

        Counterclaim,
        Cross-Claim and
        Third-Party Defendants.

Case No. 08-MD-1945 (RJH)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/11

Case No. 09-CV-1899 (RJH)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Leif T. Simonson and said sponsor attorney's Affidavit in support;

**IT IS HEREBY ORDERED** that

Keith J. Broady
Lommen, Abdo, Cole, King & Stageberg, P.A.
2000 IDS Center
80 South Eighth Street,
Minneapolis, MN  55402
612-339-8131
612-339-8064 (fax)
kbroady@lommen.com

is admitted to practice pro hac vice as counsel for SilverOak Wealth Management, LLC in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ___5/18___, 2011.

_____
The Honorable Richard J. Holwell
United States District Judge

2