# DEBEVOISE & PLIMPTON LLP



919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Edwin G. Schallert
Partner
Tel 212 909 6295
Fax 212 909 6836
egschallert@debevoise.com

July 15, 2011

**BY FACSIMILE & BY HAND**

Hon. Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/11

*In re: State Street Bank and Trust Co. ERISA Litigation*
*No. 08 MD 1945, No. 07 Civ. 8488*

Dear Judge Holwell:

Plaintiff Prudential Retirement Insurance and Annuity Company and defendant State Street Bank and Trust Company jointly request that Your Honor enter an order granting a 17-day extension of the dates for filing the joint pretrial order and related filings, and for filing papers in opposition to motions *in limine*.

Both parties believe this extension is warranted by the complexity of the pretrial order and related filings. The parties have been working diligently toward completion of the pre-trial order. We have completed designating deposition testimony of more than 50 fact witnesses and more than 1,000 trial exhibits, and making objections. This joint request is based principally on the parties' expectation that additional time will enable them to further resolve, or at least clarify, their objections and to reach additional agreements on jury instructions and other aspects that will enable them to present this case in a more efficient manner.

Under the Court's June 30, 2011 scheduling order, a copy of which is attached, the joint pretrial order and related filings, including motions *in limine*, are due on July 26, 2011, and papers in opposition to the motions *in limine* are due on August 9, 2011. The requested extension would move those due dates to August 12 and August 26.

The parties are not seeking an adjournment of the final pre-trial conference on September 23, 2011 or of the October 3, 2011 trial date.

Respectfully submitted,

Edwin G. Schallert /PHF

Edwin G. Schallert

cc: All Counsel (*By email*)

SO ORDERED

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

**SO ORDERED**

_____
**RICHARD J. HOLWELL**
**UNITED STATES DISTRICT JUDGE**

SO ORDERED

USDJ
7/19/11