UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____


IN RE STATE STREET BANK AND
TRUST CO. FIXED INCOME FUNDS          MDL No. 1945
INVESTMENT LITIGATION

_____

PRUDENTIAL RETIREMENT INSURANCE
AND ANNUITY COMPANY,

     Plaintiff,

v.                                    No. 07 Civ. 8488 (RJH)

STATE STREET BANK & TRUST
COMPANY,

     Defendant.

---

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Defendant State

Street Bank and Trust Company in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all

further notices and copies of pleadings, papers, and other material relevant to this action should

be directed to and served upon:


Robert F. Dugas
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone:  202-508-4600
Facsimile:  202-508-4650
robert.dugas@ropesgray.com


Counsel is admitted to practice and is in good standing as a member of the bar of the

United States District Court for Massachusetts and the District of Columbia.  *See* Certificates of

Good Standing, attached respectively as Exhibit "A" and Exhibit "B." Pursuant to the Court's Order entered on April 6, 2009 (attached hereto as Exhibit "C"), counsel is hereby admitted *pro hac vice* and has registered for ECF filing in regard to this litigation.

Dated:  October 4, 2011

Respectfully submitted,

/s/ Robert F. Dugas
Robert F. Dugas
robert.dugas@ropesgray.com
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: 202-508-4600
Facsimile:  202-508-4650
*ATTORNEY FOR DEFENDANTS STATE
STREET BANK AND TRUST COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been served on all counsel of record via ECF on this 4th day of October, 2011.

/s/ Robert Dugas
Robert Dugas

# EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **April** A.D. **2007** , said Court being the highest Court of Record in said Commonwealth:

### Robert F. Dugas

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirtieth** day of **September** in the year of our Lord **two thousand and eleven**.

**MAURA S. DOYLE,** Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# EXHIBIT B



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
#### 202/879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ROBERT DUGAS

was on the        6TH day of        JUNE, 2011

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 29, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/09

IN RE STATE STREET BANK & TRUST
CO. ERISA LITIGATION

MDL No. 08-1945
07 Civ. 8488 (RJH)

This Order relates to:
All actions

**ORDER**

It is hereby ordered that attorneys admitted to practice and in good standing in any

United States District Court are admitted *pro hac vice* in this litigation. Association of

local co-counsel is not required.

SO ORDERED.

Dated: New York, New York
April ⟍, 2009

Richard J. Holwell
United States District Judge