UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | MDL No. 1945 |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>STATE STREET BANK & TRUST COMPANY,<br><br>        Defendant. | No. 07 Civ. 8488 (RJH) |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Defendant State Street Bank and Trust Company in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Daniel V. Ward
> ROPES & GRAY LLP
> 800 Boylston Street
> Prudential Tower
> Boston, MA  02199
> Telephone:  617-951-7000
> Facsimile:  617-951-7050
> daniel.ward@ropesgray.com

Counsel is admitted to practice and is in good standing as a member of the bar of the United States District Court for Massachusetts.  *See* Certificate of Good Standing, attached hereto as Exhibit "A." Pursuant to the Court's Order entered on April 6, 2009 (attached hereto as Exhibit "B"), counsel is hereby admitted *pro hac vice* and has registered for ECF filing in regard to this litigation.

Dated:  October 4, 2011

        Respectfully submitted,

        /s/ Daniel V. Ward
        Daniel V. Ward
        daniel.ward@ropesgray.com
        ROPES & GRAY LLP
        800 Boylston Street
        Prudential Tower
        Boston, MA  02199
        Telephone:  617-951-7000
        Facsimile:  617-951-7050
        *ATTORNEY FOR DEFENDANTS STATE STREET BANK AND TRUST COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing has been served on all counsel of record via ECF on this 4th day of October, 2011.

        /s/ Daniel Ward
        Daniel Ward

# EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **first** day of **December** A.D. **2006**, said Court being the highest Court of Record in said Commonwealth:

### Daniel V. Ward

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirtieth** day of **September** in the year of our Lord **two thousand and eleven.**

*MAURA S. DOYLE,* Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# EXHIBIT B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK & TRUST
CO. ERISA LITIGATION

This Order relates to:
All actions

MDL No. 08-1945
07 Civ. 8488 (RJH)

**ORDER**

---

It is hereby ordered that attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation. Association of local co-counsel is not required.

SO ORDERED.

Dated: New York, New York
April 3, 2009

Richard J. Holwell
United States District Judge