UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE STATE STREET BANK AND
TRUST CO. FIXED INCOME FUNDS
INVESTMENT LITIGATION

MDL No. 1945

---

PRUDENTIAL RETIREMENT INSURANCE
AND ANNUITY COMPANY,

    Plaintiffs,

v.

STATE STREET BANK & TRUST
COMPANY

    Defendant.

No. 07 Civ. 8488 (RJH)

**ORAL ARGUMENT REQUESTED**

---

## STATE STREET'S MOTION UNDER
## RULE 52(c) FOR JUDGMENT ON PARTIAL FINDINGS

Pursuant to Fed. R. Civ. P. 52(c), defendant State Street Bank and Trust Company ("State Street"), respectfully submits this motion for entry of judgment in its favor on partial findings. The grounds for this motion are set forth in detail in the accompanying Memorandum of Law in Support of State Street's Motion under Rule 52(c) for Judgment on Partial findings.

Pursuant to Your Honor's Individual Practices, State Street requests oral argument.

28303730_1

Dated: October 13, 2011

ROPES & GRAY LLP

By: _____ /s/ *signature*
Harvey J. Wolkoff
Robert A. Skinner
Daniel J. Maher
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 951-7050
harvey.wolkoff@ropesgray.com
robert.skinner@ropesgray.com
daniel.maher@ropesgray.com

*Attorneys for Defendant State Street Bank and Trust Company*

- 2 -

28303730_1

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I caused a true and correct copy of the foregoing document to be served upon all counsel of record electronically.

Geoffrey M. Atkins

28303730_1