UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
IN THE MATTER OF REASSIGNMENT

                                 NOTICE OF REASSIGNMENT

            OF

CASES FROM HON. RICHARD J. HOLWELL

----------------------------------------------X

      The cases on the attached list are reassigned to the calendar of:

            HON. PAUL A. CROTTY
The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: February 9, 2012

                                                Ruby J. Krajick, CLERK

                                                Shante Jones
                       By: _____
                                       Deputy Clerk

cc: Attorneys of Record

**Judge Holwell to Judge Crotty**

**09md1945**

**07cv8488**

**07cv9319**

**07cv9687**

**08cv0265**

**08cv5440**

**08cv5442**

**08cv8235**

**08cv8920**

**09cv1241**

**09cv1899**

**09cv3487**