UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-12
```

——————————————————— x
In re STATE STREET BANK AND TRUST   :   MDL No. 1945
CO. FIXED INCOME FUNDS              :
INVESTMENT LITIGATION               :
                                    :
——————————————————
NING YU, On Behalf of Himself and All   :   Civil Action No. 1:08-cv-08235-PAC
Others Similarly Situated,              :   (Relates to MDL No. 1945)
                                        :
                    Plaintiff,          :   <u>CLASS ACTION</u>
                                        :
    vs.                                 :
                                        :
STATE STREET CORPORATION, et al.,       :
                                        :
                    Defendants.         :
——————————————————— x

ORDER FOR ADMISSION *PRO HAC VICE*

686821_1

The motion of Ellen Gusikoff Stewart, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of California; and that her contact information is as follows:

Applicant's Name: Ellen Gusikoff Stewart

Firm Name: Robbins Geller Rudman & Dowd LLP

Address: 655 West Broadway, Suite 1900

City/State/Zip: San Diego, CA 92101

Telephone/Fax: 619-231-1058/619-231-7423

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Anatoly Alexander in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: February 27, 2012

United States District/~~Magistrate~~ Judge

- 1 -