## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | Case No. 08-MD-1945 (PAC) |
| APOGEE ENTERPRISES, INC., ON BEHALF OF THE APOGEE ENTERPRISES, INC. 401(K) RETIREMENT PLAN. <br><br> Plaintiff, <br><br> v. <br><br> STATE STREET BANK AND TRUST COMPANY; AND ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC, <br><br> Defendants. | Case No. 09-cv-1899 (PAC) |
| ING INSTITUTIONAL PLAN SERVICES LLC, FORMERLY KNOWN AS CITISTREET LLC, <br><br> Counterclaim, <br> Cross-Claim, and <br> Third Party Plaintiff, <br><br> v. <br><br> APOGEE ENTERPRISES, INC., APOGEE PENSION INVESTMENT COMMITTEE, RUSSELL HUFFER, ANTHONY NOWAK, DAVID BLANK, GARY JOHNSON, RICAHRD KRAUS, SILVEROAK WEALTH MANAGEMENT LLC, AND STATE STREET BANK AND TRUST COMPANY, <br><br> Counterclaim, <br> Cross-Claim, and <br> Third Party Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that the above-captioned actions be and hereby are dismissed with prejudice, without costs or fees to any party, each party bearing its own attorneys' fees, and waiving all rights of appeal.

Dated:  September 6, 2012

Respectfully submitted,

ROPES & GRAY LLP

By:  /s/ Robert A. Skinner_____
Harvey J. Wolkoff
Robert A. Skinner
Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel: (617) 951-7000
Fax: (617) 951-7050
harvey.wolkoff@ropesgray.com
robert.skinner@ropesgray.com

*Attorneys for State Street Bank and Trust Company*

FAEGRE BAKER DANIELS LLP

/s/ Seven L. Severson_____
Steven L. Severson (#152857)
*sseverson@faegre.com*
Deborah A. Ellingboe (#26216X)
*dellingboe@faegre.com*
Justin P. Krypel (#389385)
*jkrypel@faegre.com*
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Apogee Enterprises, Inc., the Apogee Enterprises, Inc. 401(k) Retirement Plan, the Apogee Pension Investment Committee, David Blank, Russell Huffer, Gary Johnson, Richard Kraus, and Anthony Nowak*

LOMMEN, ABDO, COLE, KING &
STAGEBERG, P.A.

By: /s/ Nicholas A. Dolejsi_____
Keith J. Broady (MN I.D. No. 120972)
kbroady@lommen.com
*Admitted Pro Hac Vice*
Nicholas A. Dolejsi (MN I.D. No. 0390112)
nick@lommen.com
*Admitted Pro Hac Vice*
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
Fax: (612) 339-8064

*Attorneys for SilverOak Wealth Management LLC*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Jonathan H. Hurwitz_____
Lewis R. Clayton (lclayton@paulweiss.com)
Jonathon H. Hurwitz (jhurwitz@paulweiss.com)
Aliza J. Balog (abalog@paulweiss.com)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for ING Institutional Plan Services LLC,
f/k/a CitiStreet LLC*